*Court filing Record*


*Court:*       *US District Court Idaho*


*Date:*       *10/18/2021*

*Case No.:*   *New*

*Inmate Name:*    *Carr, Jody*

*Inmate No.:*     *79004*

*Document Title:*    *Letter to Clerk of the Court*

*Total Pages 1*

*Inmate Verification of page count signature:_Filed without inmate review____*

*Document _1_ of _8_*

# Cover Sheet

Case No. 1:21-cv-00265-DCN

Dear Clerk of the Court,

This might not be appropriate under this Case Number. Winmill's Order said "Access to Courts" case. I do NOT want to File this under Access to Courts Claims. These are Retaliations, Conspiracy & Deliberate Indifference Claims for a Retaliation Case. IF NOT appropriate... Please File as NEW CASE. Not under 265-DCN.

Sorry for always being difficult.

Jody Carr # 79004

10-17-21