*Court filing Record*


*Court:*        *US District Court Idaho*


*Date:*        *10/18/2021*

*Case No.:*    *New*

*Inmate Name:*      *Carr, Jody*

*Inmate No.:*        *79004*

*Document Title:*      *Exhibit list (B)*

*Total Pages 81*

*Inmate Verification of page count signature:_Filed without inmate review___*

*Document _8_ of _8_*


### 1 of 4 associated with this filing

# Proof of Exhaustion of Administrative Remedies

# Exhibit Pack B

# Cover Sheet

Please Send me a
Stamped/Dated/Filed Copy
of Cover Sheet. Showing
Reciept of these
Documents

Please & Thank You,

Jody Carr II 79004
I S C C - D - 1 - 5 - A
P.O. Box 70010
Boise, Id. 83707

7-18-21

Jody Carr - 71004
ISCC-D-1-5-A
P.O. Box 70010
Boise, Id. 83707


Dear Josh Tewalt :

Sir, after I reached out to you (Stamped "Received" 6-28-21),
my "Single Point of Contact" Housing Lt. Tyler Nicodemus told
me I am going to be Double-Celled in Close Custody. Which, as
you, as IDOC Director Knows... is Illegal, and Deprives me
of my Constitutional right to "personal safety". I am attaching
hereto, a few small pieces of evidence e.g. The Consolidated
Declaration of the Inmates of D-1 at ISCC, Replies showing
we're "Close Custody" NOT.... P.C. Level-One, a few Affidavits,
etc.    Now, I have Dozens of other Sworn Affidavits, e.g.
27 regarding being Sexually Assaulted due to Double-Celled
Close Custody; 14 More regarding Violently Attacked due to
Double-Celled Close Custody; Piles of DORs from Inmates
for Trying to Report these issues; Close Custody Overrides for
those "Complainers", Transfers, Fired from their Jobs, etc.
       I also have 4 other Consolidated Declarations, but I don't
have Copies to Send You. I tried to Patiently wait for your
decisions on the 6-28-21 Correspondence, but Lt. Nicodemus telling
me I'm now being Double-Celled in Close Custody causes me Great
Fear and Anxiety.... So, I am choosing to share that "Fear and
Anxiety" with you. The Balla Injunction is only over ISCI,
and IMSI ... but, that's only because they Continued to NOT
"Comply with Constitutional Standards" ... went Passed Civil Suits,
and Now if they do it again ... IDOC Officials Go to Prison for
"Contempt Of Court Orders". You have Double-Celled Hundreds
of Inmates in Close Custody at ISCC ... and I have their
Affidavits, Complaints, Co-Complaints, Medical Records, DORs,
Overrides, Grievance/Appeal Replies and More. All regarding
Injuries sustained in Double-Celled Close Custody at ISCC. All
of which I've Lodged with the Idaho State Bar Association; the U.S.
Dept of Justice - Criminal Division; and some with the U.S. Courts.
I will now hand copy a piece of the relevant areas of
the Balla Injunctive Order :

# Cover Sheet

Please Send Me A
Dated, Stamped, Filed
Copy of This Showing
Receipt.

Jody Carr # 79004
ISCC-A-20-Segregation

RECEIVED
JUL 28 2021
PRISONS

Jody Carr #79004
ISCC - A-20 - Segregation
P.O.Box 70010
Boise, Id. 83707

Dear Josh Tewalt

Update:

As I told you in my last correspondence, Double Celling Close Custody is Unconstitutional, and I'd been informed by Lt. Nicodemus I was about to be Double-Celled in Close Custody. At that meeting, I explained the Constitutional Standards and Balla Injunction. I told him I'll follow directives but I'm helping the Double-Celled Close Custody inmates and myself go th the Federal Courts.

Say, on 7-19-21, All of the D-1 Inmates were Transferred to IMSI and Double-Celled... Except Me. I was Thrown in The Hole or A-Block or Segregation under the Vague Regulation of "Transit". I was allowed to keep my property & commissary, I'm Thankful of that. But, I'm in The Hole, Scared about What Evil Thing is about to happen to me, and You Want to Talk about Conspiracy to Cover-Up & Retaliate? Placing me in Segregation Unit A-Block to have Unfettered ability to Transfer, Punish, and Double Cell the Inmates of D-1 for daring to attempt a Class Action Lawsuit.... Sends Officials to Prison. It does not merely cost them their jobs, pensions and monetary damages. I came to you before this happened... I asked you for help. I sent you evidence. The "Failure to Act" Claim you're Looking at is Bad Enough.... But if you were party to this "Mass Move".......It's "Conspiracy". I'm wrongfully Overridden to Close Custody; I've been Segregated for nearly 26 Months; Officials are Grossly Corrupt...and I'm in The Hole awaiting God Only Knows What New Torture...

I am a man of my WORD. Therefore, I gave you until 8-10-21 to get me an Exception/Transfer to Saint Anthony's to work in the Potato Sheds & Medical Care for my Bloody Diarrhea. Fail this, and I'm going straight to The Judge in my Cases... but more so, to Counsel for Balla, and I'll be filing a Bran New Lawsuit baring

Balla v. Idaho State Board Of Corrections:
"Double-celling in close custody unit poses a serious risk of violence and sexual attacks to it's inhabitants, thus, single-celling the close custody unit is required to protect the prisoner's Constitutional right to personal safety. Of particular concern to this Court was the historical failure in the operation of the prison to meet Constitutional minima in the housing of high-security and close custody inmates"
        Then in Balla II.
[Citing Balla II, 156 F.Supp. at 1109] "Evidence of a historical failure to comply with Constitutional standards is highly relevant in fashioning an effective remedy".


        I give you this next one, so you know where I am going with these Cases:
        Federal Code  18 USC 42 ; and,
    U.S. v. Walsh, 194 F. 3d 37 (2nd Cir. 1999)
"Correctional officer convicted under 18 USC 42, which makes it a criminal act to willfully deprive a person of rights protected by the Constitution or Laws of the United States while acting under the color of law".

    I'm trying to keep this friendly, so I will try not to say "You". I will just say "Officials".
Officials Double-Celled me in Close Custody in 2019, I started a Class Action Lawsuit, so they hired inmate Wolfe to Steal my Evidence and Lodge a False Report against me, Threw me in The Hole, Extended the 15-day Limit that "cannot be extended" 3 Times; Ad-Segged me, Transferred me to IMSI; Then Re-Ad-Segged into 100% ISOLATION from 8-27-19 to Today ... And DOR'd me to Cover-it Up. Launching 9 Federal Lawsuits. Officials are Going To Prison. Now, I have almost 70 other inmate/complaintiffs that are Double-Celled in Close Custody ... Unconstitutionally and being Retaliated Against for trying to Report, Grieve and/or Sui. i.e. "Officials" are committing criminal acts "to willfully deprive persons of rights".
    And Sir, That's Prison, not just loosing a Career and Money. And that will Shut ISCC DOWN. I Promise you This ....
Torturing me won't Shut me up ... Officials have tried that since 2019. I would try to reach you via Concern

Forms and Grievance Process, but those have been Cut Off by "Single Point of Contact" Lt. Nicodemus at the Order of the 6-14-19 MEMO from Warden Jay Christensen. So, I'm using the Mail. I figure if "Officials" are gonna loose their jobs, pensions and Go To Prison ... "Officials" should at least know it's happening and have the opportunity to resolve it.

Note: Every Injury sustained by every inmate whether Physical, Sexual, Mental, Legal, Constitutional, etc. equals a Criminal Act per 18 USC 42, and U.S. v. Walsh, by "Officials" acting under the color of law. And IDOC "Officials" have been using IDOC A.G. Office to Cover it all up - I have that Evidence too.

Here's the Truth: I will man through the Torture. I've done it before, I'm doing it now and I'll deal with it. But, I'm SCARED TO DEATH. But I'll FACE IT. See the Attached "Reciept" of Costs from Idaho State Bar showing "Copies". Those are the "Copies" of what I told you I have ... So "Officials" Can't Steal them. Upon my Notice ... They go to the Reffered Attornies/Lawfirm and STRAIGHT to Class Action. But from Experience ... I'm Scared. So, here's my Proposal:

#1. I've had Diarrhea Since October ... Take me Off Site to a Real Doctor and Get me Care Today.

#2. I want a Permanent Exception to Saint Anthony's and Status to Work at the Potato Sheds ... Immediately

#3. I want (At Your Convenience) a Meeting with you about my request for Meritorious Conduct Award of Reduction of Sentence.

Arrange all of this by 8-10-21, I drop my Lawsuits, and Class Actions, and all Grievances. And I Quietly do my Time, Productively & Safely and all the "Officials" once again Get Away With It + ALL. Don't ... and we'll see what a Federal Judge & Jury says about it all

7-18-21

Your name as Lead Defendant. Not a Threat, just giving you notice. I'm not in Seg., because I get in Trouble or violate rules. I'm here because I'm Effective with Lawsuits. Because your staff are So Corrupt at each facility.... they Can't House Me There because I Legally Hinder their Unconstitutional Treatment of Prisoners. I'm in the middle of Proving that to the U.S. Courts as we speak. Now, you... you're different. See you have the Power to Fix 100% of this in One Day. e.g. I deserve Medical Care for Bloody Diarrhea since Oct. 2020. Answer, Send me To The Hospital; I've been MORE than a Model Inmate for 18 YEARS. .... Accomplishing More Than (4) Four True Acts of Merit; I'm housed horribly & never had a job opportunity in 18 YEARS, ect. Answer, Exception & Transfer to Saint Anthonys to work in Potato Sheds. And as a Good Man, you should talk to me about a Meritorious Conduct Award or Reduction of Sentence.

You Need No One Elses Approval. I know, I studied the Law Books & Policies.

This isn't even a Settlement... it's just being a decent human being. But, I drop all Cases & Grievances and if you really get me established there, I'll sign a Waiver that I will NEVER Help anyone with Legal Matters Again. And I won't Grieve or Sue the Facility OR I DOC Officials.

Just Let Me Do My Time with a Job. I don't even Want IDOC's Money. You should know, I am in negotiations with Attornies from the A.C.L.U. that want to turn all my existing cases into Class Action Lawsuits. But, if I do that, I get Little to No Money Damages... but I Shut Down ISCC and Destroy IDOC Central office Officials, Careers, Pensions, they'll face Criminal Charges and be Humiliated on the T.V. News.

I Won't Settle for Less and I Won't Settle on the 11th of August 2021. I'm asking you nicely please give me an Exception to St Anthonys to work in Potato Sheds Permanently & Medical Care.

I have to go now, I have to write all this information down & mail it to my existing Federal Lawsuits to let the Judge know whats Transpired.

Thank You for your Time.

7-21-21

# Cover Sheet

Please Send me
a STAMPED/DATED/
Filed Copy of these
documents.

Showing Reciept.

RECEIVED
JUN 28 2021
PRISONS
11 pages

Please & Thank You.

Jody Carr # 79004
ISCC-D-1-5-A
P.O.Box 70010
Boise, Id. 83707



# IDAHO DEPARTMENT OF CORRECTION

*Protect the public, our staff and those within our custody and supervision*

BRAD LITTLE
Governor

JOSH TEWALT
Director

## MEMO

**To:** Jody Carr #79004
IMSI J-1-30-B

**From:** Kim Bausch, Management Assistant-Division of Prisons

**Date:** September 27, 2021

**Subject:** Follow-up to Letter

Mr. Carr,

This is in response to your letters received in the Prison's division at Central Office.

SOP 316.02.01.001 states:
***Offender Responsibilities***
Offenders are responsible to address their concern forms to the appropriate staff member and to use the concern/grievance system in a responsible manner.

Offenders must address the *Offender Concern Form* to the appropriate staff member. For example, sending the form to a facility head **or** deputy warden when it should have gone to the property officer will only delay the process

***Grievance/Appeal Forms***
All offenders can use the grievance process regardless of their classification or housing status.

Please use the concern form and grievance process to resolve these issues.

No further action will be taken.

Jody Carr # 79004
ISCC-D1-15-A
P.O. Box 70010
Boise, Id. 83707


Dear Chad Page & Emily MacMaster:

   I hope this letter finds you both in great
health & good spirits.
   I am writing you again because after I
submit anything to the paralegal (post 3-17-19) it
disappears. I never recieved my originals
back from her after I tried to write you about
a week ago. I'm addressing the same issues but
a little farther along in the process and I'll get
Copies from D-Block Staff & Mail them to you
personally.


   The Class Action Lawsuit:
   I presently have my Complaint/Affidavit, &
19 other D1 inmates Complaints/Affidavits in my
possession & completed. I have our 3 page cover
letter requesting assistance of Counsels and Law-
firms as well as help from Dep't. Homeland Security,
Office for Civil Rights & Civil Liberties; Dep't. Home-
land Security Inspector General; U.S. Justice Dep't,
etal, ect.
   I have our "Arguments" & "Case Law" plus
lots of Exhibits of Cover Ups to PREA issues,
Violence, Double Celling, and Punishments of inmates
that make PREA Complaints under Vague

1.

Regulations & D.W.-PREA Coordinator Timothy McKay's near Perfect Record for finding ALL PREA Complaints to be "unfounded".

So, with all the Complaints/Affidavits/Pages & Exhibits .... I'm looking at 110-130 pages, about 40 sets of Copies. (I'm sending them to every PREA Oversight, ACLU, Federal Authority, News Station, and Local Authority plus my chosen Lawfirms). This is gonna cost me hundreds of dollars out of pocket so, again, I'm not looking forward to filing this. As a courtousy, I am going to attach a copy of the Cover Letter, Argument, my Initial Complaint & a couple exhibits so you can see the nature of this early stage Class-Action Lawsuit.

Note: Judge Winmill & the U.S. Marshal said they did not have me "Moved". Leaving the SOLE purpose for my egregious conditions...being Retaliation/Punishment for Deeing to try and Submit a PREA Complaint against James M. Davis # 92595, who sexually assaulted me twice but that is not only still in this Facility....but housed on D2 the Privilge Tier while I'm in Punitive Lockdown.

Note Further: I've filed Grievances that are Unresponded to & Unreturned, Far Passed Time Deadlines. You two are Not to blame, but you can fix it. Let me explain myself:

At the final Settlement at the Federal Building I read the agreement and saw the 5-16-19 "meeting" was only to "explain the process" of how to get out of P.C., I knew immediately the IDOC Sought Housing Conditions as Vengence.

This is why I let them do it. #1. Cleared my Court Debt, got $3,500.00 & Removed any trace of Disciplinary Offenses & Finish all 6 Cases with No Showing of "Frivolousness". But, it gave me the Money to Fund the Class Action Lawsuit without PLRA & without Informa Paugeris, their biggest OOOPS .... is I'm on D1 with every inmate that's Suffered & Beggs me for my help through the Foyer Window when I was on D2. The first thing I did was get their Affidavits & Complaints before they could "Transfer" me. After all these years .... I learned exactly what IDOC Staff would do.

I just quietly let them do it ... and Documented Everything. Gottcha.

Now, since your probably didn't get my other letters. Let me say it again! I know it's Not either of you. I saw Real-Honest Concern in your eyes on 5-16-19 and D-Block Staff aren't to blame for my issues. They're cool as the other side of the pillow. As always it's angry little people e.g. C/o Lytle maybe Cpl. Fras. Because I <u>CARE</u> for others I'm gonna wait until 6-7-19 to Launch a Class Action that will Permanently Change IDOC. I'm pretty good at this stuff, I need you to Change my Life for the Better like ... Today. Please & Thank You.

5-26-19

3.

Jody Carr #79004
ISCC-D1-15-A
P.O. Box 70010
Boise, Id. 83707


Verified and Sworn Complaint and
Affidavit of Jody Carr #79004


After first being duly sworn upon my oath,
I, Jody Carr #79004, deposes and says as
follows:

That, I am a resident of Idaho, and
over the age of 18.

That, I make this Complaint and Affidavit
from my own first hand knowledge and experiences.

That after I exercised my First Amendment
rights to attempt to gain relief from what I
preacieved as unconstitutional conditions of
confinement ... IDOC Officials declare "Open
Season" on me ... not only allowing illegal
and/or unconstitutional actions against me ....
but encouraging them, at times even Paying Rewards for them.

That, one inmate paid/hired by Cpl. Fras and/or
C/O Lytle (both IDOC Investigations) James M. Davis #92595,
who is a repeat Sex-Offender/Bi-Sexual/Homo-Sexual,
and Sexual Deviant, in prison for Raping his own teen-age
daughter saw the "Consequence Free" opportunity for another
Sexual Assault and he took it.

That, on or about Sunday, October 14, 2018, Davis came into my cell
#14 on D2 of ISCC, he stuck his left hand in my pants, I thought he was

1

just joking around ... until I felt his finger go inside my butthole. I pushed him out my cell door.

That, I was unable to make a PREA complaint because PREA Coordinator T. Mckay's Corruption, Threats and Intimidation Tactics. e.g. See his Reply to my Concern Form. Attached Exhibit - 0001. So, I just tried to stay away from Davis.

That, on or about, Monday, January 7, 2019, Davis again entered my cell #14 on D2 at ISCC. Davis told me "if you try to stop me this time, I'll tell investigations your _____ claims were all made up and you'll get charged with fraud".

That, this Threat paniced me, so I just froze.

That, Davis then pulled my sweat pants down, turned me away from him and stuck his tongue in my butthole (I did not know what to do).

That, Davis then pushed me against the wall, pulling my buttcheeks apart and began trying to ram his penis inside me.

That, because it was so dry he could not force it in me.

That, I then freaked out and wresteled him out of my cell door.

That, prior to the first sexual assault by Davis, he wrote me an Affidavit stating he'd been hired and paid by IDOC Investigation's Officials to Create and State false Testimony against me to Discredit my Previous Claims.

That, Davis Extorted me, to get away with

2

these Sexual Assaults by telling me Investigations Officers hired him to go through my Legal Papers and report the information to them, to seduce other inmates into making false statements about me to discredit my claims and to cover up the truth of relevant events, for him to make false statements about me, to get inmates to hurt me and/or not back me up as a witness, and to "make sure he feels the consequences of fucking with IDOC".

That, I felt the "consequences" as they were rammed inside my Butthole.

That, to the Shock of Davis and these "Officials" I did file PREA Complaints, so they had the Paralegal B. Cupp Block the Access to the Courts and to the PREA Complaint Address, they've Stolen my Grievances and Exhibits (I have Copies. I'm not Stupid), Passed Deadlines, and they Transferred me to the Close Custody Lockdown - Punitive Unit D1, with I point away from Minimum Classification & No DORs since 2005, and just like Davis Extorted/Told me, he has Immunity, housed on the Privilege Tier D2 with his Same Sex Husband Jeff Davis as Payment for Shoving things up my Butt Hole and his False Testimony, even though Davis has had DORs and I filed his Affidavit to IDOC through the

IDOC Grievance System where he Swares Under Oath he's been Lying to Staff about me for Payment.

That, I am ready to organize the requested Class Action Lawsuit from the inside of the Prison to aid in Counsel's Building of a successful Lawsuit, and I am attaching the Complents/Affidavits of the other inmates I know here suffered similar issues, and that I have access to. I know many others Transferred, but who's names and information I can give you when it's appropriate.

That, some of these inmates. eg. Anthony Barber#        , have already filed Civil Suits §1983, U.S. Dist. Ct. of Idaho Case No.                    , and are willing to Consolodate their ongoing cases into a Class Action Lawsuit... if Represented by Counsel.

That I am at your desposal.


I declare under penalty of perjury all statements here in are true to the best of my Knowledge.

Jody Carr# 79004

5-26-19

Exhibit- J-0012

# IDAHO DEPARTMENT OF CORRECTION

*Protect the public, our staff and those within our custody and supervision*

*IDAHO DEPARTMENT OF CORRECTION*

C. L. "BUTCH" OTTER
Governor

HENRY ATENCIO
Director

Date:     6/14/2019

To:       Offender Carr #79004

From:   Warden Christensen

Re:       Single Point of Contact

CC:      Lt. Nicodemus

In this past few days I have seen 5 concern forms addressed to senior leadership, I am aware of several more. In many cases you send your concerns to multiple IDOC leadership members or IDOC staff not assigned at ISCC, skipping over the policy requirement of "addressing at the lowest level" on topics that require being addressed at an institutional level. You are not properly addressing your concerns as outline by SOP 316.02.01.001.

Effective immediately I will be assigning you a "single point of contact" for all concerns that are not emergent (emergent concerns would be on duty staff and shift command). Staff will be briefed and directed to send all correspondence to Lt. Nicodemus in which he will collect, combine like/repetitive concerns together, decide on what if any steps need to follow and meet with you on a weekly/bi-weekly basis to review the process. The 7 days to respond will be extended due to the multitude of correspondence you send out to a variety of areas requiring a re-route that impedes the process.

Please review SOP 316.02.01.001 to ensure you know and follow the correct steps required in seeking resolutions to concerns. Lt Nicodemus will determine when and if you are ready to be removed from the single point of contact status.



# IDAHO DEPARTMENT OF CORRECTION

*Protect the public, our staff and those within our custody and supervision*

BRAD LITTLE
Governor

JOSH TEWALT
Director

## MEMO

To:       Jody Carr #79004
          ISCC D-1-5-A

From:     Kim Bausch, Management Assistant-Division of Prisons

Date:     May 14, 2020

Subject:  Follow-up to Letter

Mr. Carr,

This is in response to your concern form received in the Prison's division at Central Office.

SOP 319.02.01.001 does not require the hearing notes to be given to the offender, though you should receive a copy of the referral notice and the restrictive housing order.

We will not be sending this information to you.

No further action will be taken.



**IDAHO**
DEPARTMENT OF
CORRECTION

# Idaho Department of Correction
# Grievance Form

| Offender Name: | CARR, JODY RANDALL OKLEY | Location: | ICC |
|---|---|---|---|
| Offender Number: | 79004 | Number: | IC 190000864 |
| | | Category: | COMPLAINT AGAINST |

### Offender Grievance Information

Date Received: 07/01/2019

The problem is:

I'm being Retaliated against for submitting PREA Complaints & Grievances about unconstitutional & dangerous conditions of confinement. On 6/12/19, Lt. Lua & D.W. McKay had me thrown in The Hole for a "safety/investigation", stripped me of my Commissary, Property, Legal work & Phone Privileges, in the same exact conditions as Punitive Segregation. Then extended me 15 days, passed policy's 15 day no Extension Rule. It's like if Cops threw women in jail for a month for Reporting Rape. This custom & policy is intended to punish me for complaints & stop further complaining

I have tried to solve this problem informally by:

Verbally speaking to staff, writing letter to IDOC admin, and submitting concern forms that don't get Replied to.

I suggest the following solution for the problem:

Release me from Seg; Change this Custom & Policy so inmates can complain with out far of Retribution; Fire all staff Involved. House me correctly, House P.C. & P.C. Close Custody safely & Fairly can compensate me for my suffering

### Level 1 - Initial Response

| Date Forwarded: | 07/01/2019 | Date Returned: | 07/10/2019 |
|---|---|---|---|
| Date Due Back: | 07/15/2019 | Level 1 Responder: | MARTINEZ, |

The response from the staff member or person in charge of the area/operation being grieved:

Offender Carr was placed in A Block under SPI, pending formal investigation involving outside law enforcement and will be released to appropriate housing as soon as possible. Offender was placed short-term restrictive housing, in accordance to SOP 319.02.01.001. By definition, SPI is a temporary form of segregation used for investigative purposes and to separate offenders from the general population so that the integrity of an investigation is not comprised. The extensions indicated by Carr are with in SOP 319.02.01.001, the final extension was out of SOP time frame, but was approved by Deputy Chief of Prisons Amanda Gentry.

---

IC 190000864      CARR, JODY RANDALL OKLEY            79004

## Level 2 – Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 07/10/2019 | Grievance Disposition: | DENIED |
| Date Due Back: | 07/26/2019 | Level 2 Responder: | DIETZ, DAVID E |
| Date Returned: | 07/24/2019 | Response sent to offender: | 07/24/2019 |

Your grievance has been reviewed and I find:

You are not being retaliated against for anything.  You were placed in segregation so that an investigation could be completed.  You were issued out the same property that anyone else placed in segregation, under your restrictive housing status.  Those property limits are clearly defined by SOP.

## Offender Appeal

Offender Comments:

## Level 3 – Appellate Authority Response

| | | |
|---|---|---|
| Date Appealed: | Grievance Disposition: | |
| Date Forwarded: | Level 3 Responder: | |
| Date Due Back: | Response sent to offender: | |
| Date Returned: | | |

Your appeal has been reviewed and I find:

Exhibit — B-001   es 3 of 5

# IDAHO DEPARTMENT OF CORRECTION
## Grievance/Appeal Form

☒ **Grievance**

Offender's Name: _Jody Carr_      IDOC Number: _79004_

Institution, Housing Unit, & Cell: _ISCC – A-36 (Seg.)_      Date: _7-1-19_

| For Administrative Use | |
|---|---|
| Facility: _____ | Grievance Number: _____ |
| Date Collected: _____ | Grievance Category: _____ |

Date Forwarded to Offender's Previous Facility: _____

Name of Previous Facility: _____

Date Forwarded to Responder: _____

Level 1 Responder's Name: _____   Date Due: _____   Received: _____

Level 2 Responder's Name: _____   Date Due: _____   Received: _____

Final Grievance Decision: _____   Date Sent to Offender: _____

| Offender Section |
|---|

The problem is: _I'm being Retaliated against for submitting PREA Complaints & Grievances about unconstitutional & dangerous conditions of confinement. On 6/12/19, Lt. Lund D.W. Mckey had me thrown in The Hole for a "Safety/investigation", stripped of my Commissary, Property, legal Work & Phone Privileges, in the same exact conditions as Punitive Segregation. Then extended me 15 days, passed policy's 15 day No Extention Rule. It's like it Cages these women in jail for a month for Reporting Rape. This Custom & Policy is intended to Punish Me for Complaints & Stop further Complaining._

I have tried to solve this problem informally by: _Verbally Speaking to Staff, writing letters to IDOC Admin, and submitting Concern Forms that don't get Replied to._

I suggest the following solution for the problem: _Release me from Seg.; Change this Custom & Policy so inmates can Complain with out Fear of Retribution; Fire all Staff Involved, House Me Correctly; House P.C. & P.C. Close Custody Safely & Fairly & Compensate me for my Sufferings_

Offender's signature: _[signature]_

☒ **Appeal**   Date: _8-4-19_

I am appealing the grievance for the following reason(s):

_None of these Responses are correct. Even in SP I, I'm to get 1 Square Foot of my Legal Property you've given me Nothing. Then said I was "issued" the same property as everybody else. That's a Bold Faced lie. Then I was Transferred to TMSI I'm Ad-Segged for Retaliation and Cover Up and still I don't get my Legal Property ... because I Reported Inmate Davis the Paid Snitch for Sexual Assault. These entire issues are to Block my Court Access So I cant Report your Corruptions & to Punish me for trying. Fix this or I'll See You in Federal Court_

Offender's signature: _[signature]_

Appendix B

316.02.01.001

(Appendix last updated 2/14/12)

Exhibit J-022

## IDAHO DEPARTMENT OF CORRECTION
### Inmate Concern Form

Inmate Name: Jody Carr    IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC B-1-5-A    Date: 3-17-20

To: Lt. Wicclemus
(Address to appropriate staff. Person most directly responsible for this issue or concern)

Issue/Concern: Shortly after you were appointed my "Single Point of Contact" when
I was in A-Block. The whole issue at our meeting was I gave you a
package with 12 issues regarding IDOC Religious Acts. I gave you inmate
James M. Davis # 92593 that I was before. I hust left Seg'd J Sent to IMSI
you never retrieved those Exhibits. Will you please return them
to me. It's been like 8 Months. Please? Thank You.
(Description of the issue must be written only on the lines provided above.)

Inmate signature: _____

---

### Staff Section

(Signature of Staff Member Acknowledging Receipt / Associate ID#)    1756    Collected/Received: 3/6/2020
(Date collected or received)

Reply: I will bring the Items I have at our next weekly
meeting.

Responding Staff Signature: _____    Associate ID #: 6700    Date: 3/25/2020

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-J-022

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Carr

IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-D-1-5-A    Date: 3-17-20

To: Lt. Woodeneus

(Address to appropriate staff Person most directly responsible for this issue or concern)

Issue/Concern: Shortly after you were appointed by "Single Point of Contact" when Precidine A Rick Tuthol call SRI et al of our Meetings gave you a packet with 12 issues regarding IDOC if Real Issues. It is my clama that on Davis # 92593 the fuer Add Seven 7 sent to Im 5th Amdmt. I have not recieved those exhibits. Will you please return them to me. It has been like 8 Months. (1) Please (2) thank you.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: _____

| Staff Section | |
|---|---|
| Reply: MEETINGS | Collected/Received: 3/18/2020 |
| | (Date collected or received) |

I WILL BRING THE ITEMS I HAVE AT OUR NEXT WEEKLY

(Signature of Staff Member Acknowledging Receipt) / Associate ID#)    1736

Responding Staff Signature: _____    Associate ID #: 6720    Date: 3/03/2020

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-J-021

Soer with D-201 *Kent of content*

**IDAHO DEPARTMENT OF CORRECTION**
**Inmate Concern Form**

Soer with D-201 *Kent of content*

Inmate Name: Jody Carr

Institution, Housing Unit, & Cell: ISCC-D-1-5-A

IDOC Number:

Date: 2-28-20  79004

To: Investigations

(Address to appropriate staff Person most directly responsible for this issue or concern)

Issue/Concern: Since about 4/8/19 I've been housed in Close Custody. The Hole. Ad-Seg. I transferred to Twin Falls, I headed to ISCC-D-1 and 23 hours a day locked down close custody in violation the Over Coder section II of the ISCC. In 23 hours a day I'm in violation of all IDOC officials, in class III Investigation Name IS. Over Investigate Numbers, I'm in violation in Investigation from. Please & Thank you.

Inmate signature: _____

(Description of the issue must be written only on the lines provided above.)

| Staff Section | |
|---|---|
| Reply: M. Nicodemus | Collected/Received: 02/18/2020 |
| (Signature of Staff Member Acknowledging Receipt) / Associate ID#) | (Date collected or received) |

Responding Staff Signature: _____

Associate ID #: _____   Date: 2/15/2020

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**