*Court filing Record*

*Court: US District Court Idaho*

*Date: 10/18/2021*

*Case No.: New*

*Inmate Name: Carr, Jody*

*Inmate No.: 79004*

*Document Title: Exhibit list (B)*

*Total Pages 81*

*Inmate Verification of page count signature:_Filed without inmate review___*

*Document _8_ of _8_*

***2 of 4 associated with this filing***

Exhibit-J-021

goes with D-201 [illegible] Point of Contact

# IDAHO DEPARTMENT OF CORRECTION

## Inmate Concern Form

Inmate Name: Jody Carr goes with J-021 IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-D-1-5-A Date: 2-28-20

To: Investigations

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Since about 4/8/19, I've been housed in Close Custody, The Hole, Ad-Seg, Transferred to IMSI, Transferred to ISCC-D-1 in 22 and 23 hour a day Lockdown Close Custody Isolation then Overrode to Close Custody still 23 hour a day Lockdown due to Your "Investigation" and/or it's Findings. I seek the Names, Ranks and Job Titles of all IDOC Officials involved in this "Investigation" and the Names and Numbers of the Inmates I was "Protecting" me from. Please & Thank You.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] 17097

(Signature of Staff Member Acknowledging Receipt) / Associate ID#)

Collected/Received: 02-28-2020

(Date collected or received)

Reply: CC: Lt. Nicodemus THIS INFORMATION HAS BEEN PROVIDED TO YOU ALREADY BY ME

Responding Staff Signature: [signature] Associate ID #: 9790 Date: 3/15/2020

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate).

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-B-004

**IDAHO DEPARTMENT OF CORRECTION**

**Inmate Concern Form**

Inmate Name: Jody Carr IDOC Number: 79004 (36)

Institution, Housing Unit, & Cell: ISCC-A-36 (Seg.) Date: 6-27-19

To: Lt. Nicodemus

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: On 6/14/19, you were appointed my "single point of contact". You spoke to me on 6/15/19 & told me you'd speak to me the 23rd. Today is the 27th. I was just Extended SPT in The Hole 15 more Days. Per IDOC Policy, Allow total of 15 days. Where it says "The 15-day limit cannot be extended". Yet, I got an RHO that Extended it all the way to July 11th 2019. With No Show Property & Commissary or Reasonable Recreation. I've got to Grieve the Grievance you told me 12 days ago you'd handle. I asked you to be "an honest man" about this. Is that what this is?

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] / [illegible] Collected/Received: 6-27-19

(Signature of Staff Member Acknowledging Receipt) / Associate ID#) (Date collected or received)

Reply: I AM NOT INVOLVED WITH YOUR SPI EXTENSION

Responding Staff Signature: [signature] Associate ID #: 9720 Date: 7/3/19

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-B-004

**IDAHO DEPARTMENT OF CORRECTION**

**Inmate Concern Form**

Inmate Name: Jody Carr  IDOC Number: 79004 (36)

Institution, Housing Unit, & Cell: ISCC - A - 36 (Seg.)

To: Lt. Nicodemus  Date: 6-27-19

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: On 6/14/19, you were appointed my "Single point of contact". You spoke to me on 6/15/19 & told me you'd speak to me the 23rd. Today is the 27th. I was just Extended SPT in The Hole 15 more Days (Past IDOC Policy Allow total of 15 days Where it says "The 15-day limit cannot be extended"). Yet, I got an RHO that Extended it all the way to July 11th 2019, With No Phone, Property, Commissary, or Reasonable Recreation. I've got to Grieve the Concern Form you told me you'd handle. I asked you to be "an honest man" about this. Is that what this is?

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] / Dixon (Signature of Staff Member Acknowledging Receipt) / Associate ID#)

Collected/Received: 6-27-19 (Date collected or received)

Reply: I AM NOT INVOLVED WITH YOUR SPI EXTENSION

Responding Staff Signature: Lt. [signature]  Associate ID #: 9720  Date: 7/3/19

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-A-001

36

**IDAHO DEPARTMENT OF CORRECTION**

**Restrictive Housing Order**

Facility: ISCC
Date: **6/12/2019**
Inmate Name: Carr, J. IDOC Number: 79004

Inmate is placed in housing unit A-Block into the following status:

☒ Segregation pending investigation (SPI) – up to 10 days – Release Date: 6/22/2019

☐ SPI extension – up to 5 days – Release Date: Select Date

☐ Pre-hearing segregation (PHS) – up to 5 days – Release Date:

☐ PHS extension – up to 5 days – Release Date: Select Date

☐ Long-Term Restrictive Housing Referral Status (LTRHRS)–15 days (no extension) Release Date: Select Date

☐ Long-Term Restrictive Housing Step-up Program – Placement Date: Select Date

☐ Emergency Restrictions, Lockdowns, and Secure Status

☐ *Detention (not to exceed 15 days) Number of Days: Enter Number Release Date: Select Date

Reason for placement/comments: For safety/investigation.

Accommodations for inmates with visual, hearing or mobility requirements, those with a language barrier or who are non-English speaking, or those with a medical or mental health concern that may worsen with placement in restrictive housing:
Click here to enter text.

[illegible]

Authorizing Supervisor: Lt. Lau 4785 Title: Shift Commander Date: 6.12.2019

Distribution
Original: to central file
Copy: to housing unit
Copy: to inmate

*Requires a hearing prior to placement

Exhibit-A-002

36

**IDAHO DEPARTMENT OF CORRECTION**

**Restrictive Housing Order**

Facility: ISCC
Date: **6/22/2019**
Inmate Name: Carr, J. IDOC Number: 79004

Inmate is placed in housing unit A-Block into the following status:

☐ Segregation pending investigation (SPI) – up to 10 days – Release Date: Click here to enter a date.

☒ SPI extension – up to 5 days – Release Date: 6/27/2019

☐ Pre-hearing segregation (PHS) – up to 5 days – Release Date:

☐ PHS extension – up to 5 days – Release Date: Select Date

☐ Long-Term Restrictive Housing Referral Status (LTRHRS)–15 days (no extension) Release Date: Select Date

☐ Long-Term Restrictive Housing Step-up Program – Placement Date: Select Date

☐ Emergency Restrictions, Lockdowns, and Secure Status

☐ *Detention (not to exceed 15 days) Number of Days: Enter Number Release Date: Select Date

Reason for placement/comments: Investigation ongoing, awaiting decision.

Accommodations for inmates with visual, hearing or mobility requirements, those with a language barrier or who are non-English speaking, or those with a medical or mental health concern that may worsen with placement in restrictive housing:

Click here to enter text.

Authorizing Supervisor: Lt. Purcell 9611 Title: Shift Commander Date: 06/22/19

Distribution
Original: to central file
Copy: to housing unit
Copy: to inmate

*Requires a hearing prior to placement

Exhibit-A-003

**IDAHO DEPARTMENT OF CORRECTION**

**Restrictive Housing Order**

Facility: ISCC

Date: **6/27/2019**

Inmate Name: Carr, J. IDOC Number: 79004

Inmate is placed in housing unit A-Block into the following status:

☐ Segregation pending investigation (SPI) – up to 10 days – Release Date: Click here to enter a date.

☒ SPI extension – up to 5 days – Release Date: 7/11/2019

☐ Pre-hearing segregation (PHS) – up to 5 days – Release Date:

☐ PHS extension – up to 5 days – Release Date: Select Date

☐ Long-Term Restrictive Housing Referral Status (LTRHRS)–15 days (no extension) Release Date: Select Date

☐ Long-Term Restrictive Housing Step-up Program – Placement Date: Select Date

☐ Emergency Restrictions, Lockdowns, and Secure Status

☐ *Detention (not to exceed 15 days) Number of Days: Enter Number Release Date: Select Date

Reason for placement/comments: Per Chief of Prisons Gentry, extend SPI to July 11, 2019 to allow for completion of Investigation.

Accommodations for inmates with visual, hearing or mobility requirements, those with a language barrier or who are non-English speaking, or those with a medical or mental health concern that may worsen with placement in restrictive housing:

Click here to enter text.

[illegible]

Authorizing Supervisor: Lt. Purcell 9611 Title: Shift Commander Date: 06/27/19

Distribution

Original: to central file

Copy: to housing unit

Copy: to inmate

*Requires a hearing prior to placement

Restrictive Housing Order
(Last updated 05/15/18)

Exhibit - A-2

**IDAHO DEPARTMENT OF CORRECTION**
**Restrictive Housing Order**

Facility: ISCC
Date: **7/11/2019**
Inmate Name: Carr, J. IDOC Number: 79004

Inmate is placed in housing unit A-Block into the following status:

☐ Segregation pending investigation (SPI) – up to 10 days – Release Date: Click here to enter a date.

☐ SPI extension – up to 5 days – Release Date:

☐ Pre-hearing segregation (PHS) – up to 5 days – Release Date:

☐ PHS extension – up to 5 days – Release Date: Select Date

☒ Long-Term Restrictive Housing Referral Status (LTRHRS)–15 days (no extension) Release Date: 7/26/2019

☐ Long-Term Restrictive Housing Step-up Program – Placement Date: Select Date

☐ Emergency Restrictions, Lockdowns, and Secure Status

☐ *Detention (not to exceed 15 days) Number of Days: Enter Number Release Date: Select Date

Reason for placement/comments: Per Warden Christensen, review for placement.

Accommodations for inmates with visual, hearing or mobility requirements, those with a language barrier or who are non-English speaking, or those with a medical or mental health concern that may worsen with placement in restrictive housing:
Click here to enter text.

> The time an inmate can spend in any combination of short-term restrictive housing such as SPI, PHS, LTRHRS, or disciplinary detention cannot exceed 15 days based on a single event. The 15-day limit cannot be extended.

Authorizing Supervisor: Lt. Purcell 9611 Title: Shift Commander Date: 07/11/19

Distribution
Original: to central file
Copy: to housing unit
Copy: to inmate

*Requires a hearing prior to placement

**IDAHO DEPARTMENT OF CORRECTION**
**Restrictive Housing Order**

Facility: IMSI
Date: **7/24/2019**
Inmate Name: Carr, Jody Number: 79004

Inmate is placed in housing unit J-Block into the following status:

☐ Segregation pending investigation (SPI) – up to 10 days – Release Date: Select Date

☐ SPI extension – up to 5 days – Release Date: Select Date

☐ Pre-hearing segregation (PHS) – up to 5 days – Release Date: Select Date

☐ PHS extension – up to 5 days – Release Date: Select Date

☐ Long-Term Restrictive Housing Referral Status (LTRHRS)–15 days (no extension) Release Date: Select Date

☒ Long-Term Restrictive Housing Step-up Program – Placement Date 7/24/2019

☐ *Detention (not to exceed 15 days) Number of Days: Enter Number Release Date: Select Date

Reason for placement/comments

Accommodations for inmates with visual, hearing or mobility requirements, those with a language barrier or who are non-English speaking, or those with a medical or mental health concern that may worsen with placement in restrictive housing:
Click here to enter text.

The time an inmate can spend in any combination of short-term restrictive housing such as SPI, PHS, LTRHRS, or disciplinary detention cannot exceed 15 days based on a single event. The 15-day limit cannot be extended.

Authorizing Supervisor: Sue Wessels Title: Deputy Warden Date: 8/19/19

Distribution
Original: to central file
Copy: to housing unit
Copy: to inmate

*Requires a hearing prior to placement

**IDAHO DEPARTMENT OF CORRECTION**
**Restrictive Housing Order**

Facility: IMSI
Date: **7/29/2019**
Inmate Name: Carr IDOC Number: 79004

Inmate is placed in housing unit Enter Location into the following status:

☐ Segregation pending investigation (SPI) – up to 10 days – Release Date: Select Date

☐ SPI extension – up to 5 days – Release Date: Select Date

☐ Pre-hearing segregation (PHS) – up to 5 days – Release Date: Select Date

☐ PHS extension – up to 5 days – Release Date: Select Date

☐ Long-Term Restrictive Housing Referral Status (LTRHRS)–15 days (no extension) Release Date: Select Date

☒ Long-Term Restrictive Housing Step-up Program – Placement Date: 7/24/2019

☐ *Detention (not to exceed 15 days) Number of Days: Enter Number Release Date: Select Date

Reason for placement/comments: Placed by DC Gentry for safety concerns.

Accommodations for inmates with visual, hearing or mobility requirements, those with a language barrier or who are non-English speaking, or those with a medical or mental health concern that may worsen with placement in restrictive housing:
Click here to enter text.

The time an inmate can spend in any combination of short-term restrictive housing such as SPI, PHS, LTRHRS, or disciplinary detention cannot exceed 15 days based on a single event. The 15-day limit cannot be extended.

Authorizing Supervisor: DW McKay Title: RHPC Chair Date: 7/28/19

Distribution
Original: to central file
Copy: to housing unit
Copy: to inmate

*Requires a hearing prior to placement



# Idaho Department of Correction

## Reclassification Score Sheet

Exhibit-B13-01

Offender Name: CARR, JODY RANDALL OKLEY Facility: ICC D BLOCK

Offender Number: 79004 Previous Custody Level: MEDIUM

**Section I Sentence, Criminal History, Age** — Possible / Severit / Score

**Category 1: Severity of Current Offense** — HIGH — 9

- [X] High Severity — 9
- [ ] Low Severity — 1

**Category 2: Escape History** — 0

- [ ] Felony conviction for escape or attempted escape from adult secure facility (scored 10 years) — 10
- [ ] Felony escape or attempted escape from adult secure facility without a criminal conviction (scored 10 years) — 7
- [ ] Felony escape/walkaway or attempted escape/walkaway from an adult non-secure facility (scored 5 years) — 4
- [X] None — 0

**Category 3: Severity of Prior Felony Convictions** — LOW — 0

- [ ] High Severity — 3
- [X] Low Severity or No Prior Convictions — 0

**Category 4: Current Age** — 0

Date of Birth

Current Age 46

- [ ] ≤ 23 — 3
- [ ] 24 - 31 — 2
- [ ] 32 - 38 — 1
- [X] 39 - 50 — 0
- [ ] ≥ 51 — -1

**Section II Institutional Behavior** — -1

- [ ] Class A DOR with Level 1 enhancement in the last 5 years. — 25
- [ ] Class A DOR with Level 2 enhancement in the last 3 years. — 23
- [ ] Class A DOR without an enhancement in the last 12 months. — 20
- [ ] Class B DOR in the last 12 months. — 7
- [ ] No Class A or B DOR in the last 12 months. — 0
- [X] No DOR (Class A, B, or C) in the last 12 months — -1

**Section III Release Proximity**

| Parole Eligible | Next Hearing | Tentative Parole | Full Term Release | Release Proximity Not Scored | |
|---|---|---|---|---|---|
| 02/17/2029 | Sep 2028 | | | | 0 |

**Section IV Scoring** — Score / Level

Basic Scoring — Scored Level 8 MEDIUM

Mandatory Overrides

- [X] Life Sentence and no Tentative Parole Date within 3 years.
- [ ] 20 or more years until FTRD with no TPD within 5 years OR no PED, PHD, TPD, and
- [ ] Detainer, Pending Felony Charges, or ICE Requests.

Adjusted Level MEDIUM

**Section V Discretionary Overrides**

- [ ] Needs to be managed at a higher custody level
- [ ] Can be managed at a lower custody level

Comments:

**Section VI Custody Level**

Prepared By: Jenkins, Gene 0382 09/09/2019 — Recommended MEDIUM

Reviewed By: Jenkins, Gene 0382 09/09/2019

Review Comment:

Facility Head Review:

Facility Head Comment:

Managment Review:

Manager Comment:

Served By: Jenkins, Gene 0382 09/09/2019 — Assigned Level MEDIUM

Exhibit D-1-0001

IDAHO DEPARTMENT OF CORRECTION

# Idaho Department of Correction

## Reclassification Score Sheet

D1-05A

Offender Name: CARR, JODY RANDALL OKLEY — Facility: ICC D BLOCK

Offender Number: 79004 — Previous Custody Level: CLOSE

### Section I Sentence, Criminal History, Age

| | Possible | Severit | Score |
|---|---|---|---|
| **Category 1: Severity of Current Offense** | | HIGH | 9 |
| [X] High Severity | 9 | | |
| [ ] Low Severity | 1 | | |
| **Category 2: Escape History** | | | 0 |
| [ ] Felony conviction for escape or attempted escape from adult secure facility (scored 10 years) | 10 | | |
| [ ] Felony escape or attempted escape from adult secure facility without a criminal conviction (scored 10 years) | 7 | | |
| [ ] Felony escape/walkaway or attempted escape/walkaway from an adult non-secure facility (scored 5 years) | 4 | | |
| [X] None | 0 | | |
| **Category 3: Severity of Prior Felony Convictions** | | LOW | 0 |
| [ ] High Severity | 3 | | |
| [X] Low Severity or No Prior Convictions | 0 | | |
| **Category 4: Current Age** (Date of Birth; Current Age 47) | | | 0 |
| [ ] < 23 | 3 | | |
| [ ] 24 - 31 | 2 | | |
| [ ] 32 - 38 | 1 | | |
| [X] 39 - 50 | 0 | | |
| [ ] > 51 | -1 | | |

### Section II Institutional Behavior

| | Possible | Score |
|---|---|---|
| [ ] Class A DOR with Level 1 enhancement in the last 5 years. | 25 | -1 |
| [ ] Class A DOR with Level 2 enhancement in the last 3 years. | 23 | |
| [ ] Class A DOR without an enhancement in the last 12 months. | 20 | |
| [ ] Class B DOR in the last 12 months. | 7 | |
| [ ] No Class A or B DOR in the last 12 months. | 0 | |
| [X] No DOR (Class A, B, or C) in the last 12 months | -1 | |

### Section III Release Proximity

| Parole Eligible | Next Hearing | Tentative Parole | Full Term Release | Release Proximity Not Scored | Score |
|---|---|---|---|---|---|
| 02/17/2029 | Sep 2028 | | | | 0 |

### Section IV Scoring

| | | Score | Level |
|---|---|---|---|
| Basic Scoring | Scored Level | 8 | MEDIUM |
| Mandatory Overrides | | | |
| [X] Life Sentence and no Tentative Parole Date within 3 years. | | | |
| [ ] 20 or more years until FTRD with no TPD within 5 years OR no PED, PHD, TPD, and | | | |
| [ ] Detainer, Pending Felony Charges, or ICE Requests. | Adjusted Level | | MEDIUM |

### Section V Discretionary Overrides

[X] Needs to be managed at a higher custody level
[ ] Can be managed at a lower custody level

Comments: Will be assessed in a more secured environment, for a period of time to be determined by staff.

### Section VI Custody Level

Prepared By: Hudon, Danel 7122 01/29/2020 — Recommended: CLOSE

Reviewed By: Mckay, Timothy Re 7520 01/31/2020

Review Comment: Staff will assess in close custody and review periodically to determine if a classification or housing

Facility Head Review: Christensen, Jay 4569 01/31/2020

Facility Head Comment: Offender needs managed at a higher level.

Managment Review:

Manager Comment:

Served By: Hudon, Danel 7122 01/31/2020 — Assigned Level: CLOSE

CELL #3 — Exhibit 3 — 9 Feb 2021

**IDAHO DEPARTMENT OF CORRECTION**
**Release from Restrictive Housing to Transit Form**

Facility: ISCC
Date: **7/17/2019**
Inmate Name: Carr IDOC Number: 79004

Inmate is released from restrictive housing and remains in A-Block in the following status:

☒ Transit

Comments (if any): Offender is transit status awaiting appropriate housing

Transit status must have the following additional standards while in the restrictive housing unit:

- Opportunities for three hours or more a day out of cell time
- Property for general population in accordance with *Property: State-Issued and Inmate Personal Property*, SOP 320.02.01.001
- Access to visitation

Accommodations for inmates with visual, hearing or mobility requirements, those with a language barrier or who are non-English speaking, or those with a medical or mental health concern that may worsen with placement in restrictive housing:
Click here to enter text.

Authorizing Supervisor: Lt. J. Lau 4785 Title: Shift Commander Date : 07/17/19

Distribution
Original: to central file
Copy: to housing unit
Copy: to inmate

**DAY 1**

| TIME | 0635-0710 | 0720-0750 | 0805-0840 | 0850-0920 | 0935-1010 | 1020-1050 | 1100 | 1210-1245 | 1255-1325 | 1340-1415 | 1425-1455 | 1545 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REC | A | | B | | C | | COUNT | D | | E | | COUNT |
| DAYROOM | A | A | B | B | C | C | | D | D | E | E | CELL 5 |

| TIME | 1640-1715 | 1725-1755 | 1810-1845 | 1855-1925 | 1945-2020 | 2030-2100 | 2115 |
|---|---|---|---|---|---|---|---|
| REC | F | | G | | H | | COUNT |
| DAYROOM | F | F | G | G | H | H | |

**DAY 2**

| TIME | 0635-0710 | 0720-0750 | 0805-0840 | 0850-0920 | 0935-1010 | 1020-1050 | 1100 | 1210-1245 | 1255-1325 | 1340-1415 | 1425-1455 | 1545 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REC | B | | C | | D | | COUNT | E | | F | | COUNT |
| DAYROOM | B | B | C | C | D | D | | E | E | F | F | |

| TIME | 1640-1715 | 1725-1755 | 1810-1845 | 1855-1925 | 1945-2020 | 2030-2100 | 2115 |
|---|---|---|---|---|---|---|---|
| REC | G | | H | | A | | COUNT |
| DAYROOM | G | G | H | H | A | A | CELL 5 |

**DAY 3**

| TIME | 0635-0710 | 0720-0750 | 0805-0840 | 0850-0920 | 0935-1010 | 1020-1050 | 1100 | 1210-1245 | 1255-1325 | 1340-1415 | 1425-1455 | 1545 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REC | C | | D | | E | | COUNT | F | | G | | COUNT |
| DAYROOM | C | C | D | D | E | E | CELL 5 | F | F | G | G | |

| TIME | 1640-1715 | 1725-1755 | 1810-1845 | 1855-1925 | 1945-2020 | 2030-2100 | 2115 |
|---|---|---|---|---|---|---|---|
| REC | H | | A | | B | | COUNT |
| DAYROOM | H | H | A | A | B | B | |

**DAY 4**

| TIME | 0635-0710 | 0720-0750 | 0805-0840 | 0850-0920 | 0935-1010 | 1020-1050 | 1100 | 1210-1245 | 1255-1325 | 1340-1415 | 1425-1455 | 1545 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rec | D | | E | | F | | COUNT | G | | H | | COUNT |
| Dayroom | D | D | E | E | F | F | | G | G | H | H | CELL 5 |

| TIME | 1640-1715 | 1725-1755 | 1810-1845 | 1855-1925 | 1945-2020 | 2030-2100 | 2115 |
|---|---|---|---|---|---|---|---|
| REC | A | | B | | C | | COUNT |
| DAYROOM | A | A | B | B | C | C | |

**DAY 5**

| TIME | 0635-0710 | 0720-0750 | 0805-0840 | 0850-0920 | 0935-1010 | 1020-1050 | 1100 | 1210-1245 | 1255-1325 | 1340-1415 | 1425-1455 | 1545 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REC | E | | F | | G | | COUNT | H | | A | | COUNT |
| DAYROOM | E | E | F | F | G | G | | H | H | A | A | |

| TIME | 1640-1715 | 1725-1755 | 1810-1845 | 1855-1925 | 1945-2020 | 2030-2100 | 2115 |
|---|---|---|---|---|---|---|---|
| REC | B | | C | | D | | COUNT |
| DAYROOM | B | B | C | C | D | D | CELL 5 |

**DAY 6**

| TIME | 0635-0710 | 0720-0750 | 0805-0840 | 0850-0925 | 0935-1010 | 1020-1055 | 1100 | 1210-1245 | 1255-1330 | 1340-1415 | 1425-1500 | 1545 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REC | F | | G | | H | | COUNT | A | | B | | COUNT |
| DAYROOM | F | F | G | G | H | H | CELL 5 | A | A | B | B | |

| TIME | 1640-1715 | 1725-1800 | 1810-1845 | 1855-1930 | 1945-2020 | 2030-2105 | 2115 |
|---|---|---|---|---|---|---|---|
| REC | C | | D | | E | | COUNT |
| DAYROOM | C | C | D | D | E | E | |

**DAY 7**

| TIME | 0635-0710 | 0720-0755 | 0805-0840 | 0850-0920 | 0935-1010 | 1020-1050 | 1100 | 1210-1245 | 1255-1325 | 1340-1415 | 1425-1455 | 1545 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REC | G | | H | | A | | COUNT | B | | C | | COUNT |
| DAYROOM | G | G | H | H | A | A | | B | B | C | C | CELL 5 |

| TIME | 1640-1715 | 1725-1755 | 1810-1845 | 1855-1925 | 1945-2020 | 2030-2100 | 2115 |
|---|---|---|---|---|---|---|---|
| REC | D | | E | | F | | COUNT |
| DAYROOM | D | D | E | E | F | F | |

**DAY 8**

| TIME | 0635-0710 | 0720-0750 | 0805-0840 | 0850-0920 | 0935-1010 | 1020-1050 | 1100 | 1210-1245 | 1255-1325 | 1340-1415 | 1425-1455 | 1545 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REC | H | | A | | B | | COUNT | C | | D | | COUNT |
| DAYROOM | H | H | A | A | B | B | | C | C | D | D | |

| TIME | 1640-1715 | 1725-1755 | 1810-1845 | 1855-1925 | 1945-2020 | 2030-2100 | 2115 |
|---|---|---|---|---|---|---|---|
| REC | E | | F | | G | | COUNT |
| DAYROOM | E | E | F | F | G | G | CELL 5 |

A = 1-4, 6　　B = 7-11
C = 12-17　　D = 18-22
E = 23-27　　F = 28-33
G = 34-38　　H = 39-44

CELL 5 = CELL 5

I am Cell # 5

A-36

**IDAHO DEPARTMENT OF CORRECTION**

**Inmate Concern Form**

Inmate Name: Jody Carr IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-A-36 (Seg) Date: 7-8-19

To: Investigations

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: While speaking to Lt. Nicodemus today he made a Good Point. Because no one knows anything & you did Extend my SPI, maybe you're trying to help me. I've been mad about being in The Hole, but if you guys are really trying to help me, I'm sorry for Complaining And if you're helping... Thank You. If your just being mean, we'll figure it out. Sorry for whining if your trying to help.

Thank You.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] [illegible] Collected/Received: 7-8-19

(Signature of Staff Member Acknowledging Receipt) / Associate ID#) (Date collected or received)

Reply: Many people know a lot of things. We did request time within policy. We are trying to help you. We are understanding concerning your upset emotions regarding being housed in A-Tier. We are trying to help you with when you are out and looking for solutions to help you follow the rules more closely than you have.

Responding Staff Signature: [signature] Associate ID #: [illegible] Date: 7/22/19

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

A-36

**IDAHO DEPARTMENT OF CORRECTION**

**Inmate Concern Form**

Inmate Name: Jody Carr IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-A-36 (Seg) Date: 7-8-19

To: Investigations

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: While speaking to Lt. Nicodemus today he made a Good Point. Because no one knows anything ~~I~~ you did Extend my SRI maybe you're trying to help me. I've been mad about being in The Hole, but if you guys are really trying to help me. I'm sorry for Complaining And if you're helping.. Thank You. If your just being mean we'll figure it out. Sorry for whining if your trying to help. Thank You.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] [illegible] (Signature of Staff Member Acknowledging Receipt) / Associate ID#) Collected/Received: 7-8-19 (Date collected or received)

Reply: Many people know a lot of things. We did request time within policy. We are trying to help you. We are understanding concerning your recent another [illegible] being housed on A-Tier. We are trying to help you with when you are at and looking for solutions to help you follow the rules and [illegible] than you have.

Responding Staff Signature: [signature] Associate ID #: [illegible] Date: 7/22/19

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

**IDAHO DEPARTMENT OF CORRECTION**

**Inmate Concern Form**

Inmate Name: Jody Carr

Institution, Housing Unit, & Cell: ISCC D-1-5-A

IDOC Number: 79004

To: Investigation's Sgt. Anderson

Date: 3-30-20

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: In the DOR you wrote me on 3/27/20, you stated you were the Officer Investigating my Safety. An Investigation that had me Transferred to Close Custody, Thrown in The Hole for 2 months, Ad-Segged, Transferred to IMSI, Transferred to ISCC, put in 23 hour a day Lockdown right up to Today spanning 1 Year & my Medium Custody Classification Overridden to Close Custody. Are you that Officer? Because in my Case No. 1:20-cv-00146-DCN, I blamed Sgt. Lytle. But if it was you... Lytle will be removed & you'll replace him as the Defendant.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] 10308
(Signature of Staff Member Acknowledging Receipt) / Associate ID#)

Collected/Received: 3-30-20
(Date collected or received)

Reply: Please Refer to The Second Line in your body of your DOR. "I interviewed Inmate Carr & then passed the information on to Ada County Detectives at the direction of IDOC Leadership. Also keep in mind you have been involved in multiple investigations, separate from this, over the last three years.

Responding Staff Signature: [signature]

Associate ID #: [illegible]

Date: 04/21/2020

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

**IDAHO DEPARTMENT OF CORRECTION**

**Inmate Concern Form**

Inmate Name: Jody Carr IDOC Number: 79004

Date: 3-30-20

Institution, Housing Unit, & Cell: ISCC D-1-5-A

To: Investigations Sgt. Anderson

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: In the DOR you wrote me on 3/27/20, you stated you were the Officer Investigating my Safety. An Investigation that had me Transferred to IMSI, Transferred to Close Custody, Thrown in The Hole for 2 months, Ad-Seg'ed, Transferred to ISCC, put in 23 hour a day lockdown right up to Today, spanning 1 Year & my Medium Custody Classification Overridden to Close Custody. Are you that Officer? I blamed Sgt Lytle. But Because in my Case No. 1:20-cv-00146-DCN, if it was you... Lytle will be removed & you'll replace him as the Defendant.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] 1030K

(Signature of Staff Member Acknowledging Receipt) / Associate ID#)

Collected/Received: 3-30-20

(Date collected or received)

Reply: Please Refer to the second line in your DOR: "I interviewed inmate Carr & then passed the information on to Ada County Detectives at the direction of IDOC leadership." Also keep in mind you have been involved in multiple investigations separate from this, over the last three years.

Responding Staff Signature: [signature] Associate ID #: [illegible] Date: 12/21/2020

Pink copy to inmate (after receiving staff's signature), Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**



Carr B81

Announcement

Changes have been made to the Step-Up program. We will now be offering TFAC. That program **will** count towards parole programming. It is the only way that you will be able to participate in programming while you are housed in Administrative Segregation. If you are interested in participating in the Step-Up program, please request an application from Case Manager Hottinger. The program is still considered optional at this time.

Step-up is for Ad Seg offenders only

Carr B81

Announcement

Changes have been made to the Step-Up program. We will now be offering TFAC. That program **will** count towards parole programming. It is the only way that you will be able to participate in programming while you are housed in Administrative Segregation. If you are interested in participating in the Step-Up program, please request an application from Case Manager Hottinger. The program is still considered optional at this time.

Step-up is for Ad Seg offenders only

**ISCC E-Filing Cover Sheet**

Court: U.S. District Court for the District of Idaho

Date: July 22, 2021

Resident Name: Carr, Jody

Resident IDOC #: 79004

Documents Description:

- Proof of Exhaustion Exhibits

Total Pages: 13

Signature of Resident approving E-Filing: ______ or Filed without review___X____

Document __4____ of ___6____

Part __2____ of _____2_____

Exhibit - 05 - 003 05 1 of 3

IDAHO DEPARTMENT OF CORRECTION

# Idaho Department of Correction
# Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | CARR, JODY RANDALL OKLEY | Location: | ICC |
| Offender Number: | 79004 | Number: | IC 200000621 |
| | | Category: | ADMINISTRATION |

## Offender Grievance Information

Date Received: 04/17/2020

The problem is:

On 3-26-20, I submitted a concern form to Chief of Prisons Amanda Gentry (Exhibit-146-0003) asking her for "the information" she "used to Ad-Seg. Me and transfer me to IMSI." She did not "forward me the information."

I have tried to solve this problem informally by:

Speaking to staff, writing the Ada County Sheriff's office, and I have weekly meetings with Lt. Nicodemus where I've requested that "information"

I suggest the following solution for the problem:

Forward me "the information" "used to Ad-seg. me and Transfer me to IMSI." Specifically what was "used" by "Amanda Gentry". Please & Thank you

## Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 04/17/2020 | Date Returned: | 04/28/2020 |
| Date Due Back: | 05/01/2020 | Level 1 Responder: | NICODEMUS, TYLER |

The response from the staff member or person in charge of the area/operation being grieved:

Offender Carr,

Deputy Chief Amanda Gentry has supplied me with a white copy of the concern form that you have listed in your grievance. That concern form was answered on 04/13/2020 and states the following "Please work with you case manager if you have housing questions. They have the information". A copy of this concern form can be provided to you if needed. You will need to follow the proper process to obtain the information you need. Please work with your case manager to discuss any housing concerns that you may have.

Exhibit 05-23 of 23

IC 200000621 CARR, JODY RANDALL OKLEY 79004

## Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 04/28/2020 | Grievance Disposition: | DENIED |
| Date Due Back: | 05/14/2020 | Level 2 Responder: | MCKAY, TIMOTHY |
| Date Returned: | 05/11/2020 | Response sent to offender: | 05/12/2020 |

Your grievence has been reviewed and I find:

Your grievance is denied as you are using the wrong process to obtain the information you are requesting.

## Offender Appeal

Offender Comments:

These "reponses" do not deal with the graraman of my grievance. My 3/26/20, concern form to Gentry was requesting the "information" she used to ad-seg & transfer me to IMSI I July, 2019. Gentry's 4/13/20 "reply", was from Kim Banck ID 9885, and said "work with your case manager" & "they have that information". On 4/19/20, I concerned case Manager Brown, 4/22/20, he "reply" was, " I do not have access to that information," & go to "IDOC Central office records"8230 again Kim Banck ID 9885 cut me off, scribbling out addressed & writing "prisons" & her "reply" Im "grieving this" & "be patent." Nicodemus, McKay & Banck are conspiratorially blocking me from the "information" Amanda Gentry used to Ad-seg, me & transfer me to IMSI in July 20198230.That was not used at my unconstitutional ad-seg, hearing on 7/17/19 with McKay. Due process violations & blocking court access via conspiracy to cover-up the truth of relevant events. See attached exhibits -146-0003-146-0003-E

## Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | 05/15/2020 | Grievance Disposition: | GRANTED |
| Date Forwarded: | 05/15/2020 | Level 3 Responder: | CHRISTENSEN, JAY |
| Date Due Back: | 05/31/2020 | Response sent to offender: | 05/19/2020 |
| Date Returned: | 05/18/2020 | | |

Your appeal has been reviewed and I find:

This is not the correct forum to be requesting information however I do not mind telling what she was briefed.

She was briefed of the ongoing investigation that determined your conspiracy to pay an offender to assault you so that you could falsify information to the courts and say either a staff member did it or that it was staffs fault. All the information you need can be located in the official DOR # 201677

Exhibit 146-0003-F

**IDAHO DEPARTMENT OF CORRECTION**
**Grievance/Appeal Form**

☒ **Grievance**

Inmate's Name: Jody Carr IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-D-1-5-A Date: 4-15-20

**For Administrative Use**

Facility: ISCC Grievance Number: IC200000621

Date Collected: 4/17/2020 Grievance Category: Admin

Date Forwarded to Inmate's Previous Facility: ____________

Name of Previous Facility: ____________

Date Forwarded to Responder: ____________

Level 1 Responder's Name: ____________ Date Due: ________ Received: ________

Level 2 Responder's Name: ____________ Date Due: ________ Received: ________

Final Grievance Decision: ____________ Date Sent to Inmate: ____________

**Inmate Section**

The problem is: On 3-26-20, I submitted a Concern Form to Chief of Prisons Amanda Gentry (Exhibit-146-0003) asking her for "the information" she "used to Ad-Seg. me and Transfer me to IMSI". She did not "forward me the information".

I have tried to solve this problem informally by: Speaking to staff, writing the Ada County Sheriff's Office, and I have weekly meetings with Lt. Nicodemus where I've request that "information".

I suggest the following solution for the problem: Forward me "the information", "used to Ad-Seg. me and Transfer me to IMSI". Specifically, what was "used" by "Amanda Gentry". Please & Thank You

Inmate's signature: [signature]

☒ **Appeal** Date: 5/14/20

I am appealing the grievance for the following reason(s):

These "Responses" do not deal with the gravaman of my Grievance. My 3/26/20, Concern Form to Gentry was Requesting the "information" she used to Ad-Seg. me & Transfer me to IMSI in July, 2019. Gentry's 4/13/20 "Reply", was, "From Kim Banck I.D# 9885, and said, "work with your case manager" & "They have that information". On 4/19/20, I Concerned Case Manager Brown, 4/22/20, his "Reply" was, "I do not have access to that information", & go to "IDOC Central Office Records to obtain that information". 4/29/20, I Concerned "IDOC Central Office Records"... Again Kim Banck I.D# 9885 Cut Me Off, scribbling out Addressee & writing "Prisons", & her "Reply" I'm "grieving this" & "be patient". Nicodemus, McKay & Banck are Conspiratorilly Blocking me from the "information" Amanda Gentry used to Ad-Seg. me & Transfer Me to IMSI in July, 2019... That Was Not Used at My Unconstitutional Ad-Seg. Hearing on 7/17/19 with McKay. Due Process Violations & Blocking Court Access via Conspiracy to Cover-Up the Truth of Relevant Events. See Attached Exhibits-146-0003-146-0003-E.

Inmate's signature: [signature]

Appendix B
316.02.01.001
(Updated 6/4/18)

Exhibit - B - 002

**IDAHO DEPARTMENT OF CORRECTION**

**Inmate Concern Form**

Inmate Name: Jody Carr IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC - A - 36 Date: 6-13-19

To: Lt. Lua

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: On 6/12/19, you had me thrown in The Hole, stripped of my Property, Legal Work & Commissary to "investigate" my "Safety". This is unconstitutional Punishment & Retaliation because I used IDOC/ISCC Internal Grievance System to "Complain" about Dangerous Living Conditions & Intended to Dissuade me from Further First Amendment activities. You'll leave me here for a week or two then tell me Sign the Safety Waiver or stay in The Hole... To Teach Me a Lesson. And all this in the Wake of my PREA Complaint while the guy that stuck his Finger & Tongue in my ASS is Free! How will you Resolve this?

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] / [illegible] Collected/Received: 6-13-19

(Signature of Staff Member Acknowledging Receipt) / Associate ID#) (Date collected or received)

Reply:

Responding Staff Signature: No Response Associate ID #: Date:

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-B-002

# IDAHO DEPARTMENT OF CORRECTION

## Inmate Concern Form

Inmate Name: Jody Carr

IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-A-36

To: Lt. Lua

Date: 6-13-19

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: On 6/12/19, you had me thrown in The Hole, stripped of my Property, lost Work & Commissary to "investigate" my "safety". This is unconstitutional Punishment/Retaliation because I used IDOC/ISCC Internal Grievance System to "Complain" about Dangerous Living Conditions & Intended to Discuss [illegible] First Amendment activities. [illegible] or two then tell me Sign the Safety Waiver or stay in The Hole... You'll leave me here for a week and all this in the wake of my PREA Complaint while the guy that stuck his Finger & Tongue in my ASS is Free! How will you Resolve this?

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] 1D[illegible]

(Signature of Staff Member Acknowledging Receipt) / Associate ID#)

Collected/Received: 6-13-19

(Date collected or received)

Reply:

Responding Staff Signature: No Response Associate ID #: ____ Date: ____

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-B-003

**IDAHO DEPARTMENT OF CORRECTION**

**Inmate Concern Form**

34

Inmate Name: Jody Carr IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-A-36 (Seg.) Date: 6-27-19

To: A. Block Unit Sgt. and/or Housing Luietenant.

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Since I have been "Extended" 15 Days Further than Legally Allowed on SPI-RHO for "Safety/Investigation" & I suffer from Mental Health Issues & Severe P.T.S.D. may I please be given my Property & Commissary and the right to use the telephone since I've Done Nothing Wrong and I've already been on SPI for "Safety/Investigation" for 15 days and then extended 15 more by Chief Gentry, When it Can Not Be Extended. Please & Thank You.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

[signature] / Duby

(Signature of Staff Member Acknowledging Receipt) / Associate ID#)

Collected/Received: 6-27-19

(Date collected or received)

Reply: Per policy you cannot have property on SPI status.

Responding Staff Signature: Sgt. Gudak Associate ID #: 0213 Date: 7/3/19

Pink copy to inmate (after receiving staff's signature).

Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**