*Court filing Record*

*Court:*        *US District Court Idaho*

*Date:*        *10/18/2021*

*Case No.:*    *New*

*Inmate Name:*        *Carr, Jody*

*Inmate No.:*        *79004*

*Document Title:*        *Exhibit list (B)*

*Total Pages 81*

*Inmate Verification of page count signature:_Filed without inmate review___*

*Document _8_ of _8_*

### 3 of 4 associated with this filing

Exhibit-B-003

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Joey Carr    IDOC Number: BV 79004

Institution, Housing Unit, & Cell: ISCC-A-36 (Seg)    Date: 6-27-19

To: A Block Unit Sgt and/or Psing Lieutenant

(Address to appropriate staff person most directly responsible for this issue or concern)

Issue/Concern: Since I have been "Extended" 13 Days Further then legally
Allowed on SPI & HD for Safety/Investigation B/c I suffer from
Mental Health issues Severe PTSD Anxiety I feel at least be afforded my
property/commissary and the availability for a tele-phone
Since I've been denied these things already i've already been extended
SPI by chief security/investigation 13 days of being already been extended
15 more by chief security. When if I Can Not Be Extended of Please Thanks

Inmate signature: [signature]

(Description of the issue must be written only on the lines provided above.)

## Staff Section

Collected/Received: 6-27-19
(Date collected or received)

Reply: Per policy you cannot have property on SPI
status.

(Signature of Staff Member Acknowledging/Receipt) /Associate ID#)
[signature] / DUCU

Responding Staff Signature: Sgt Cridak    Associate ID #: 0213    Date: 7/3/19

Pink copy to inmate (after receiving staff's signature);
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3) part NCR paper.**

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Cane

IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC - A-36

To: ISCC DW Security / PREA Coordinator Tim McKay    Date: 6-13-19

(Address to appropriate staff Person most directly responsible for this issue or concern)

Issue/Concern: I used the ISCC Internal Grievance system to report PREA complaints and Design/Living Condition OCCURING there that violate the Prison Rape Elimination Act (PREA) _____ [illegible handwritten lines] _____

(Description of the issue must be written only on the lines provided above)

Inmate signature: _____

(Signature of Staff Member Acknowledging Receipt) / Associate ID#) _____

Staff Section

Reply: I don't know what you are allowed to view _____ [illegible] _____ in not DN of Security.

Responding Staff Signature: _____    Associate ID #: 7520    Date: 7/8/19

Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

Pink copy to inmate (after receiving staff's signature).

**This is an exact model and must be produced on three (3)-part NCR paper.**

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Carr

Institution, Housing Unit, & Cell: ISCC - A - 36

IDOC Number: 79004

Date: 6-13-19

To: ISCC - DW Security / PREA Coordinator Timothy McKey

(Address to appropriate staff person most directly responsible for this issue or concern)

Issue/Concern: I used the ISCC Internal Grievance System to Report PREA Complaints and Dangerous Living conditions. On 6/11/19 I was thrown in the hole after being assulted by legal/law commissary officer R. Sauders. When I was in the cell the officer verbally complained about me. This Curtain assult is intended to Punish me in violation of the Hobby Complaint. Obviously I should not have Indexed the complaint. Do you want to fix this... or refer to your Position in US Court?

Inmate signature: [signature]

*(Description of the issue must be written only on the lines provided above.)*

---

## Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID #: [signature]  Collected/Received: 6/13/19

(Date collected or received)

Reply: I don't know what else we can talk about that wasn't already discussed. It's to point the validity of an investigation. I'm not DW of security.

Responding Staff Signature: [signature]  Associate ID #: 750  Date: 7/8/19

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate).

**This is an exact model and must be produced on three (3)-part NCR paper.**

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Carr

Institution, Housing Unit, & Cell: ISCC - A - 36 (sq)

To: Dpty of Security (Timothy McKay)

IDOC Number: 79004

Date: 7-3-19

(Address to appropriate staff. Person most directly responsible for this issue of concern)

Issue/Concern: For Legal Action I need the Names Rank and Title
and Location of every IDOC & private Officer that works here at ISCC.
Extend me the list to the Seargents up to 6-12-19, and to
this Months list. I associate this 15-day limit no doubt to keep me late to
Investigation possibly to impeed my Complaint investigation. Please file this
as an action item, Please, Thank You.

Inmate signature: [signature]

(Description of the issue must be written only on the lines provided above.)

Reply: [handwritten] I'm not the Deputy Warden of Security, I don't have this information.

[signature] Sgt.

(Signature of Staff Member Acknowledging Receipt) / Associate ID#)

_____ Staff Section _____ Collected/Received: _____

Responding Staff Signature: [signature] DW McKay    Associate ID #: 760    Date: 7/6/19

(Date collected or received)

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

FWD: Cpt. Nicodemus

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Carr                IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-A-36(a)        Date: 7-3-19

To: Dir. of Security: Timothy McKey

(Address to appropriate staff person most directly responsible for this issue of concern)

Issue/Concern: For Legal Actions, I need the Names Rank, and Job
Titles of every IDOC Official & Officer that made the Decision
and/or Order to Transport me from Segregation on 6-12-19, and to
Extend my 15 day restriction to 75-day limitation, and to leave me there
with No Phone Call, tele-a-poasit, Review or Committee. & They
in-investigation, No, No. Requisite me to review me this in violation
of sop - so a - osa-oi.8.  Please forward me this information
ASAP.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

### Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID#

[signature] I. Duckie                                    Collected/Received:

Associate ID #  7526                (Date collected or received)

Reply: I in not the deputy directer of security. I do not have the information
you seek.

Responding Staff Signature: W. McKey    Associate ID #  7526    Date: 7/8/19

Pink copy to inmate (after receiving staff's signature)
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

This is an exact model and must be produced on three (3)-part NCR paper.

Exhibit-146-0003-B

01-5A

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Carr

Institution, Housing Unit, & Cell: ISCC-D-1-5-A

IDOC Number: 79004

Date: 3-26-20

To: Chief of Prisons Amnada Gentry
(Address to appropriate staff person most directly responsible for this issue or concern)

Issue/Concern: After filing new Federal Civil Suit # 1:20-cv-00146-DcN I was recalling a review I had found your name on 7/28/15 (I believe two related) I was discussing in Ad-Seg for no reason 7/28/16 - 7/29/16 (Stop-upp Program) When placed in seg, they put me out as dissolved as AD-Seg-upp-Program when Modifying Ryhannah if I have my DOR it does use seg-status you used to Ad-Seg. Please forward me the information you have on this. Thank you

Inmate signature: [signature]                    Staff Section

(Description of the issue must be written only on the lines provided above.)

Collected/Received: 3-26-20
(Date collected or received)

Reply: [handwritten reply] You will be with your case managers who submitted education through IDOC etc.

(Signature of Staff Member Acknowledging Receipt) / Associate ID#)

Responding Staff Signature: [signature]    Associate ID #: 7182    Date: 4-12-20

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply; yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-146-0003-B                                                          01-5A

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: _Jody Carr_

IDOC Number: _79004_

Institution, Housing Unit, & Cell: _ISCC-D-1-5-A_

Date: _3-26-20_

To: _Chief of Prisons Amanda Gentry_

(Address to appropriate staff/person most directly responsible for this issue or concern)

Issue/Concern: _After I have filed Federal Civil Suit # 1:20-CV-00146-DCN I was_
_accused as evidence (and found no evidence) the person under reason for_
_placement into ad-seg (based on 7/28/15-11/26/15 (12 mos.) (5 step-un-program) (during_
_5 to 6 months) it very very placed me into 5 step un-program not_
_Modify my behavior but I have No DOR's 16 years. If performing 5th step_
_of Merit in the past 3 years. Please forward me this information so you_
_used to hold same ad-seg. Thanks. I want to EMSI. Thank You._

Inmate signature: _[signature]_

(Description of the issue must be written only on the lines provided above.)

**Staff Section.**

Collected/Received: _3-26-20_
(Date collected or received)

(Signature of Staff Member Acknowledging Receipt) /Associate ID#)  _[signature]_  _1/6/20_

Reply: _[handwritten reply, illegible]_

Responding Staff Signature: _[signature]_    Associate ID # _7885_    Date: _4/13/20_

**This is an exact model and must be produced on three (3)-part NCR paper.**

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate).

Exhibit-146-0009-c

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Carr

Institution, Housing Unit, & Cell: ISCC-D-1-S-A

IDOC Number: D1-S

To: Case Manager - Daniel Olsen

Date: 4-19-20

(Address to appropriate staff Person most directly responsible for this issue or concern)

Issue/Concern: In August 2019 Chief of Prison's Amanda Gentry Al-Jessed me Placed me in the Step Up Program and Transferred me instituted to Mah St Idaho giving Tap so I could correct my self professionally by this since 2013 I've been 16 years DOR free additionally she used Merit since 2013 I've been told you have me in the Step Up Program and Al-Segme Treatment me so that I can at passing her criteria so proposal Please forward me that info on at passing her criteria. Please forward me that info on

Inmate signature: [signature]

(Description of the issue must be written only on the lines provided above.)

Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID #)    Collected/Received: 4-19-2020

Reply: [handwritten reply]    [signature] 4-19-2

(Date collected or received)

Responding Staff Signature: [signature]

Associate ID #: 6911    Date: 4-22-2020

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-196-0009-c

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Carr

IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-D-1-5-A

Date: 4-19-20

To: Case Manager — Daniel Brown

(Address to appropriate staff person most directly responsible for this issue or concern)

Issue/Concern: In August 2019 Chief of Prisons Amanda Gentry Addressed
me. Please maintain the "step up" program and transferred me to
ISCC, to modify my behavior. I have been 16 years DOR free
and disproved SAFETY of Merit since 2013. I was told you have
the information she used to Address me to Ad-Seg and carry out
the "step up" program. Please forward me this info and
ation of her "step up" plan. Please forward me that inform-
ation. Thank you.

Inmate signature: [signature]

(Description of the issue must be written only on the lines provided above.)

### Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID#

Nancy? [signature]    11/26/?    Collected/Received: 4-19-2020

(Date collected or received)

Reply: I do not have access to the information you are requesting.
to I do contact other officials, to obtain that information.

Responding Staff Signature: [signature]    Associate ID #: 6911    Date: 4-22-2020

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit 146-0003-D

DI 5

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

**Inmate Name:** Jody Carr

**IDOC Number:** 79004

**Date:** 4-29-20

**Institution, Housing Unit, & Cell:** ISCC-D-1-A

Prisons

**To:** _____
(Address to appropriate staff. Person must directly responsible for this issue or concern)

**Issue/Concern:** I wrote to _____ have the following information: Please forward in all this information to Chief of Prisons Amanda Gentry when used there please. Also, resend 2 to _____ me to I just in July through August 2019 in the step-up Behaviorial ISF sought to inject into I had a DOR # this year on this step-up Program I just Please I Thank You

**Inmate signature:** _____

(Description of the issue must be written only on the lines provided above.)

---

## Staff Section

**Reply:** Sir, you are currently on receiving this and until next to the next meeting and until next _____ to be completed by _____

**Collected/Received:** 4/29/20
(Date collected or received)

**Responding Staff Signature:** _____  **Associate ID #** 9885  **Date:** 5-1-20

**Signature of Staff Member Acknowledging Receipt) / Associate ID #:** 1755

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

Exhibit-146-0003-D

**IDAHO DEPARTMENT OF CORRECTION**
**Inmate Concern Form**

Inmate Name: Jody Carr

IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-D-1-A    Date: 4-29-20

To: _____ _____ _____    : Pass Forward Resource Council

(Address to appropriate staff. Person most directly responsible for the issue or concern)

Issue/Concern: I was told by they have to follow information_____
_____ it the "Chief of Resource Amendment" through____
Ad-Seam a Transformation Institute, which allows me_____
Ad-Sea what "Behavior" she can get that had a DNA to_____
her the "Step-Up Program" Please Transferred_____

(Description of the issue must be written only on the lines provided above.)

Inmate signature: _____

_____    Staff Section
(Signature of Staff Member Acknowledging Receipt) / Associate D#)

_____
Collected/Received: 4/29/20
(Date collected or received)

Reply: Sir, you are currently alleging this_____
_____ to appeal to outstate and about_____
you wish not to participate_____
_____

Responding Staff Signature: Tim Bean    Associate ID #: 9845    Date: 5-1-20

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

D1 5
M: 8915



# IDAHO DEPARTMENT OF CORRECTION

## Disciplinary Offense Report

| Offender Name:<br>CARR, JODY RANDALL OKLEY | Offender Number:<br>79004 | DOR #:<br>201677 |
|---|---|---|
| Offense Facility:<br>ICC | Report Date:<br>03/27/2020 | Reporting Staff:<br>ANDERSON, RYAN #0297 |
| Offense:<br>FALSE STATEMENT 1 | Class:<br>CLASS B | Enhancement:<br>NONE |
| Date/Time of Offense:<br>04/22/2019 10:57 | Place of Offense:<br>OTHER | |

**Description of Offense:**

On 4/22/19, I Investigations Sgt. Anderson was given copies of multiple concern forms addressed from Inmate Carr #79004, with claims that he was sexually assaulted or raped by another inmate. At that point I interviewed Inmate Carr and then passed the information on to Ada County Detectives at the direction of IDOC leadership. Ada County detectives started a formal investigation (DR #19-3997).

On 3/17/2020 I received the findings of the investigation that Ada County had conducted, including; interviews, and witness statements from their investigation into Inmate Carr's claims. The investigation that Ada County conducted, contained evidence that Inmate Carr had made false claims against another inmate, in an attempt to retaliate against that inmate. The report also included results from a polygraph test done on April 30,2019. The results showed that the accused inmate had passed the polygraph test, after being asked a series of questions to find out if he had any sexual contact with Inmate Carr.

Other evidence discovered during the Ada County investigation corroborated that Inmate Carr had solicited other inmates to make false claims, false witness, and even assault inmate Carr in exchange for payment. These actions were done by Inmate Carr with the ultimate goal of generating future factitious lawsuits that target staff and other inmates.

The collective evidence shows that Inmate Carr made false statements that resulted in a formal investigation by the Ada County Sheriff's department

**Description of Evidence:**

| Reviewing Supervisor:<br>MADDOX, BOBBY #1963 | Date/Time Reviewed:<br>03/27/2020 17:18 |
|---|---|
| Delivering Staff:<br>RADZYMINSKI, WILLIAM #B297 | Date/Time Delivered:<br>03/27/2020 19:07 |
| Staff Hearing Assistant: | Assistance: |
| Witness statements were received for this hearing: | Yes [ ] No [ ] |

| Scheduled Hearing Date:<br>04/01/2020 | Final Hearing Date:<br>04/01/2020 | Disciplinary Hearing Officer:<br>MILLER, ADAM D #9830 |
|---|---|---|
| Offense:<br>FALSE STATEMENT 1 | Offender Plea:<br>DENY | Finding:<br>CONFIRM |

| Sanctions: | Amount: | End Date: |
|---|---|---|
| COMMISSARY RESTRICTION | 20 day(s) | 04/21/2020 |
| RECREATION RESTRICTION | 10 day(s) | 04/11/2020 |

| Interventions: | End/Due Date: |
|---|---|
| NO RECORDS FOUND | |

| Administrative Review Authority: | Review Date: | Review Finding: |
|---|---|---|
| MCKAY, TIMOTHY REED  #7520 | 04/05/2020 | AFFIRM |

| Appellate Authority: | Appeal Date: | Finding Date: | Appellate Finding: |
|---|---|---|---|
| CHRISTENSEN, JAY R #4569 | 04/06/2020 | 04/07/2020 | AFFIRM |

**Offender Appeal Details:**

The DOR was written 10 days later not 7; There was No Evidence for inmate & use at hearing; there are multiple separate incidents spanning over months but used as if they were Evidence to the PREA complaint; James M. Davis #92595 is a pathological Liar with Multiple Personality Disorder... Diagnosed on his paperwork. In order for him to have failed the Polygraph the Correct Personality would've needed to be Questioned; I submitted proof that he sets me up for Reward from Investigations; I submitted proof he lied-stole & set up officer Dodge; Proof he set up Cpl. Cox for PREA; Proof he set up Sgt. Gunn for Rape; Proof he holds rank in the gang the Gay Mafia; My PREA complaint was "External Confidential Reporting" address so Corrupt ISCC PREA committee couldn't DOR me or throw me in the Hole....But they did; DOR & Hearing failed to meet Due Process Standard & was Retaliatory because I filed Civil Suit.

**Appellate Comments:**

Timelines are extended for investigative purposes as per policy and do not serve as "statute of limitations" as you believe. Body of the report supports the findings of the DOR with more than the required "some" evidence. DOR stands

**IDAHO DEPARTMENT OF CORRECTION**
**Disciplinary Appeal Form**

Inmate's Name: Jody Carr      IDOC Number: 79004

Date: 4-2-20      Facility and Unit: _____

☐ Infraction Report or ☒ DOR and Number: A201677

| For Administrative Use | |
|---|---|
| Facility: _____ | Date Answer Sent: _____ |
| Date Received: _____ | Disciplinary Offense: _____ |
| Date Answer Due: _____ | |

**Inmate Section**
(Appeal information must be concise [limited to the space provided below], legible, and specific)

The DOR was written 10 days later not 7; There was No Evidence for inmate's use at Hearing; There are multiple seperate incidents spanning months but used as if they were Evidence to the PREA Complaint; James M. Derr #92595 is a Pathological Liar with Multiple Personality Disorder... Diagnosed on his Paperwork. In order for him to have Failed the Polygraph the Correct Personality would've needed to be Questioned; I submitted Proof that he sets me up for Reward from Investigation; I submitted Proof he Lied~Stole & Set Up Officer Dodge; Proof he set up Egh Cox for PREA; Proof he set up Sgt. Gunn for Rape; Proof he holds rank in the gang the Gay Mafia; My PREA Complaint was to "External Confidential Reporting" address so Corrupt ISCC PREA Committee Couldn't DOR me or Throw me in The Hole... but they did; DOR & Hearing Failed to meet Due Process Standards & Was Retaliatory because I filed Civil Suit.

Inmate's signature: _____

318.02.01.001
(Last updated 08/08/2017)

Exhibit 6011

# IDAHO DEPARTMENT OF CORRECTION

## Inmate Concern Form

Inmate Name: Jody Carr                     IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC - D - 1 - 5 - A     Date: 3-17-20

To: D.W. McKay

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: On 7/10/19, you replied to Grievance #IC190000700 "There
is no conspiracy against you and the entire matter is being appropriately
investigated. You will know the outcome when it can be reported to you."
Than you Ad-Segged me, Sent me to IMSI, then put me in Ad-seg living
Conditions on G-1 at ISCC then Overrode me to Close Custody. So
you must Know the Outcome; It's been 8 Months...Please Forward
me the Report regarding this "Investigation." Please & Thank You

(Description of the issue must be written only on the lines provided above.)

Inmate signature: _____

| Staff Section |
|---|

(Signature of Staff Member Acknowledging Receipt) / Associate ID#)   , 756

Collected/Received: 3/18/2020

(Date collected or received)

Reply: I don't have a report yet. I don't have the authority to place you
in Ad-Seg or to override your classification.

Responding Staff Signature: DW McKay          Associate ID #: 756     Date: 3/23/20

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

## This is an exact model and must be produced on three (3)-part NCR paper.

**IDAHO**
*DEPARTMENT OF CORRECTION*

# Idaho Department of Correction
## Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | CARR, JODY RANDALL OKLEY | Location: | ICC |
| Offender Number: | 79004 | Number: | IC 210000563 |
| | | Category: | MAIL |

## Offender Grievance Information

Date Received:          03/25/2021

The problem is:

Regarding grievance and appeal IC 200001860: on 03/12/21, I received the "trqacking information" to the legal filings and evidence alleged delivered to the wrong address by post office. Top left corner of exhibit AC 001 shows paralegal Altig mailed it to 79004 on my IDOC #. Not the Us Court. that's WHY....it was delivered to a PO Box not the US courts. Then, all involved tried to cover it up for 5 months....I'm going to the Judge in these cases for criminal charges

I have tried to solve this problem informally by:

Verbally speaking to Paralegal Altig and Lt. Nicodemus, submitting concern forms and grievances - appeal IC 200001860...only to be lied to and issues covered up.

I suggest the following solution for the problem:

Terminate state employment of staff involved; furnish declarations of these incidents for the Judge in my US courts cases; refund my costs of copies; and clarify the actions for the court from 10-09-20 to present date.

## Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 03/25/2021 | Date Returned: | 03/26/2021 |
| Date Due Back: | 04/08/2021 | Level 1 Responder: | TROBOCK, |

The response from the staff member or person in charge of the area/operation being grieved:

Your grievance states:
Regarding grievance and appeal IC 200001860 on 3/12/21, I received the "tracking information" to the legal filings and evidence alleged delivered to the wrong address by post office. Top left corner of exhibit AC 100 shows paralegal Altig mailed it to 79004 on my IDOC #. Not the US Court. That's why 8230it was delivered to a po box not the US courts. Then all involved tried to cover it up for 5 months8230I'm going to the judge in these cases for criminal charges.

I have reviewed the grievance and all related documents. The paralegal sent a manilla envelope to the mailroom that was addressed to:
United States Courts
550 W. Fort St
Boise ID 83724

The envelope was too thick to be metered and had to be mailed as a package. The mailroom created a label using the USPS shipping system (that we use to ship all packages). The shipping label (that I have also attached a copy of, for your review), was addressed to US Courts, and printed (with a bar code and tracking info) and placed on the manilla envelope. The label is placed either on the side of the envelope or the back, wherever there is room, as to not cover the address listed on the envelope. All inmates IDOC numbers have to be on the package and are input in the shipping system so that we can track the package to them. ALL inmate packages are sent the same way, and we don't have issues

with them being sent mistakenly to the "idoc number".

IDOC puts shipping labels/postage on packages and envelopes and hand delivers them to the United States Post Office. We have no control over what the post office does with the mail once we give it to them. I have shown you that we correctly created the shipping label. If the item was delivered to the wrong address you will need to file a complaint with the USPS.

I have provided you with all of the information I can. If you have mail that is delivered to the wrong address a complaint needs to be filed with the USPS, and they can try and locate the items.

As far as the concern forms you sent to the mailroom, you are sending concern forms with more than one issue, or not being specific about the issue making it difficult to assist you. For example one concern form is talking about the mailroom incorrectly charging the resource center $5.26, and you want me to explain to those charges to you, and you mention your mail was help for 10 days, and somewhere in the middle of all that you mention your mail never made it to the us courts. Had you simply said " I sent a package of legal mail to the us courts through the paralegal on 10-9-20, US courts has not received it, can you please help me locate the package", we would have been clear the package had not reached its destination and could have looked into it at that time.

You sent another concern form, that said "altig said your tracking information shows it was delivered to the incorrect address"8230 I answer many, many concern forms every day, on many different issues and this doesn't tell me anything, and I have no information to even start researching.
Please be very specific about the issue you need assistance with, and stick to one issue per concern form, allowing staff to better understand and assist you.

## Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 03/29/2021 | Grievance Disposition: | MODIFIED |
| Date Due Back: | 04/14/2021 | Level 2 Responder: | SHEWMAKER, TERRI |
| Date Returned: | 03/30/2021 | Response sent to offender: | 03/30/2021 |

Your grievence has been reviewed and I find:

I understand your frustration on this issue. The mailroom always sends shipping labels the same way for tracking purposes. This might have been a mistake done by the US Post Office. This was not the IDOC mailroom. Sgt. Trobock attached a copy of the Postage and the address for you to review. Please contact the US Postal Service if you have additional concerns about this package.

## Offender Appeal

Offender Comments:

The Level-1 and Level-2 responses literally say, ISCC staff Chaset; Intentionally "created a label using the USPS shipping system" purposely and by policy used my IDOC Number 79004 as the Ship to Address causing the Legal Filing and Evidentiary Exhibits to be mailed to the WRONG address...Then say it's not ISCC staff's fault it was mailed to the WRONG address. Fun fact....this was legal mail, a court case being filed is the Ninth U.S. Court Case for Blocking Access to the Courts, Cover-ups, Retaliation (see case #1:20-cr-00146-DCN ect.) It's now been about 181 days, and this Grievance #IC200001860 to Judge Nye Via Case#1:20-cr-00315-DCN. A copy of "labl: currently E-Filing to Judge Nye.

## Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | 04/05/2021 | Grievance Disposition: | DENIED |
| Date Forwarded: | 04/06/2021 | Level 3 Responder: | BARLOW-HUST, |
| Date Due Back: | 04/22/2021 | Response sent to offender: | 04/08/2021 |
| Date Returned: | 04/08/2021 | | |

Your appeal has been reviewed and I find:

Your appeal does not provide any additional information for me to consider. Staff printed the shipping label the same way for all packages. The USPS did not deliver your package appropriately. Please file a complaint with the USPS.

Exhibit-A

# IDAHO DEPARTMENT OF CORRECTION
## Offender Personal Funds Withdrawal Slip

Date: 10/13/20

Voucher Number: 61952

Balance Before Draw: _____

Facility / Housing Unit: _____

### Offender Trust Account Withdrawal Details

| Key | Description | Qty | Per | Tot Price | Key | Description | Qty | Per | Total Price |
|-----|-------------|-----|-----|-----------|-----|-------------|-----|-----|-------------|
| | copies | 80 | .10 | 8.00 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

I authorized the amount charged to be paid to:

Please charge to my offender trust account the sum of $ 8.00

(Payee) _____

_____
(Street Address)

_____
(City, State, and Zip Code)

(For the Purpose of) Legal copies

John Carr
(Offender's Printed Name)

_____
(Offender's Signature)

74004
(Offender's IDOC Number)

The Offender's trust account will be charged in the amount indicated above.

_____
(Approving Official's Signature and Associate ID Number)

Pink copy (offender maintains)
Original and Yellow copy to approving official (after completing, yellow copy returned to offender)

PRT3NO-RWN

Exhibit - BL - 001

**IDAHO DEPARTMENT OF CORRECTION**
**Offender Concern Form**

Offender Name: Jody Carr

IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-D-1-5-A

Date: 2-24-21

To: Warden Jay Christensen
(Address to appropriate staff. Person most directly responsible for this issue or concern)

Issue/Concern: In your response to Grievance/Appeal IC200001860 you said I need to "copy of this record in information that I failed to receive a copy of this record in Grievance that I need to appear". Please find a copy of the Post Master General Freedom of Information Act request forwarded to you (Case No. 1:20-cv-00315-DCN. Wilson's forwarded me the General Cost Code) to the U.S. Courts in Case No. 1:20-cv-00315-DCN. Will you please forward me the tracking information? Question: Are you 2? Thank you.

(Description of the issue must be written only on the lines provided above.)

Offender signature: _____

---

**Staff Section**

(Signature of Staff Member Acknowledging receipt) / Associate ID #

Collected/Received: 2/25/2021
(Date collected or Received)

Reply: Mr. Nicholas office does not handle the mail...

Associate ID #: _____

Responding Staff Signature: _____

Associate ID #: _____   Date: 3/8/21

Pink copy to offender (after receiving staff's signature).
Original and yellow to responding staff (after completing reply, yellow copy returned to offender.)
Appendix A 316.02.01.001
(Appendix last updated 2/14/12)

PRT3NCROCF

Exhibit-D-1-35

D1-5

# IDAHO DEPARTMENT OF CORRECTION
## Offender Concern Form

Offender Name: Jody Cass

IDOC Number: 79004

Institution, Housing Unit, &Cell: ISCC-D-1-5-A

Date: 2-2-21

To: Paralegal Rachael Altig, ID# D914

(Address appropriate staff. Person most directly responsible for this issue or concern)

Issue/Concern: Re: Grievance # IC20002 1860

Regarding information from the US Postal Service that "the link" the post office delivered it to the wrong address and it never made it to the court. Please send me a copy of that "tracking information."

Please Thank you.

Offender signature: [signature]

(Description of the issue must be written only on the lines provided above.)

---

**Staff Section**

Reply: This information has been provided to Mr. Williams

Collected/Received: 2/2/21
(Date collected or Received)

(Signature of Staff Member Acknowledging receipt) / Associate ID #

Responding Staff Signature: [signature]    Associate ID #: D914    Date: 2/6/21

Pink copy to offender (after receiving staff's signature),
Original and yellow to responding staff (after completing reply, yellow copy returned to offender.)
Appendix A 316.02.01.001
(Appendix last updated 2/14/12)

PRT3NCROCF

Exhibit-GS-005

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Jody Case

IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-D-1-5-A

Date: 1-17-21

To: Warden Jay Christensen

(Address to appropriate staff person most directly responsible for this issue or concern)

Issue/Concern: On 10-9-20 Paralegal Rachael Alt is STOLE my US Courts
Filing Art 1 Right Complaint 51987 against All County US Courts
& Wardens of ISCC it is out of Courts the Wardens Received it + Exhibits
On 1-18-20 I Filed a Grievance This same Exhibits I have 3 Months
+ confessed Grievance coor on 12-31-20 its NOT in my hands but 3 months
Never even got a Reply Neither Grievance It is WAY Passed Dead line. and
Never even got a Reply. Its in my Greivance coor isn't it?

(Description of the issue must be written only on the lines provided above.)

Inmate signature: _____

---

Staff Section

(Description of the issue must be written only on the lines provided above.)

Reply: Offer Grievance is being process.

(Signature of Staff Member Acknowledging Receipt) / Associate D#)    Collected/Received: 1/17/2021

Staff Section                    StapDV / EOHD    (Date collected or received)

Responding Staff Signature: A Wallace    Associate ID #: 022    Date: 1/19/21

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

D1-5

Exhibit-GS-007 GS 1 of 2

# IDAHO DEPARTMENT OF CORRECTION
## Offender Concern Form

Offender Name: Jody Carr

Institution, Housing Unit, & Cell: ISCC-D-1-5A

IDOC Number: 79004

Date: 1-29-21

To: Mail Room                                    1 of 2

(Address to appropriate staff. Person most directly responsible for this issue or concern)

Issue/Concern: Parcel got Received. At is says your mail got misprocessed tk
cheese they SX526 on 10-15-20 but because of my legal/political mail
is that filed through on 10-9-20 (to be given back because the mail
is not) And the legal/political parcels get Received to US Courts. these
were with my legal mail. please don't misprocess all my parcels on 10-15-20. So
you Defense the Class action Deal. loto ms 3 please z Thank you

Offender signature: [signature]

(Description of the issue must be written only on the lines provided above.)

| Staff Section | | |
|---|---|---|

(Signature of Staff Member Acknowledging receipt) / Associate ID #          Collected/Received: 1-26-21

[signature] ID60                                    (Date collected or Received)

Reply: Hi Sir, We don't hold any Mail, 2nd We don't charge back
the staff and 3rd no I won't and explain changes to staff
Do On matter. Sgt Walborn    the same day we got it.

Responding Staff Signature: Sgt Walborn   Associate ID#: 9903   Date: 01/01/21

Pink copy to offender (after receiving staff's signature).
Original and yellow to responding staff (after completing reply; yellow copy returned to offender)
Appendix A 316.02.01.001
(Appendix last updated 2/14/12)

PRT3NCROOF

Exhibit-GS-007 GS 2 of 2

# IDAHO DEPARTMENT OF CORRECTION
## Offender Concern Form

Offender Name: Jody Carr    IDOC Number: 79004

Institution, Housing Unit, & Cell: ISCC-D-1-5-A    Date: 1-29-21

To: Mail Room: 2 of 2

(Address to appropriate staff. Person most directly responsible for this issue or concern)

Issue/Concern: In Regards to Concern Form #1 Attis issue your
Tracking Information shows * it was Delivered to the
Envision at it shows up as Delivered Tracking
in form ation + Please Attcah this + Tracking
in form ation + I need a copy of the Receipt for #538
Please Thank You

Offender signature: _____ (Description of the issue must be written only on the lines provided above.)

## Staff Section

Collected/Received: /-26-21 (Date collected or Received)

Reply: Y CAN have tracking info you will need to
check to me please to confirmed what you
are talking about.

(Signature of Staff Member Acknowledging receipt) / Associate ID # 2060

Responding Staff Signature: _____

Associate ID # _____    Date: _____

Pink copy to offender (after receiving staff's signature).
Original and yellow to responding staff (after completing reply, yellow copy returned to offender).
Appendix A 316.02.01.001
(Appendix last updated 2/14/12)

PRT3NCROOF