*Court filing Record*

Court:           US District Court Idaho

Date:            10/18/2021

Case No.:        New

Inmate Name:     Carr, Jody

Inmate No.:      79004

Document Title:  Exhibit list (B)

Total Pages 81

Inmate Verification of page count signature:_Filed without inmate review___

Document _8_ of _8_

**4 of 4 associated with this filing**

Exhibit—K

**IDAHO DEPARTMENT OF CORRECTION**
**Inmate Concern Form**

Inmate Name: Josh Cano
IDOC Number: 79004
Institution, Housing Unit, & Cell: ISCC-D-1-S-A
Date: 11-12-20

To: Paralegal Resource Center
(Address to appropriate staff person most directly responsible for this issue or concern)

Issue/Concern: 10-9-20 I Federalized/193 These you File & Exhibits
have Received was head the Courts for his living for copies that
mailing unit Never sent. These blue in your Records
file

Inmate signature: [signature]
(Description of the issue must be written only on the lines provided above.)

**Staff Section**

Collected/Received: [signature] 11/12/20
(Signature of Staff Member Acknowledging Receipt) / Associate ID#) (Date collected or received)

Reply: I looked but in the mail there is nothing I can do
all that was put in your mailbox file.

Responding Staff Signature: [signature] Associate ID#: D714 Date: 11/18/20

DI-SA

Pink copy to inmate (after receiving staff's signature).
Pink copy to inmate (after receiving the reply; yellow copy returned to inmate)
Original and Yellow copy to responding staff after completing the reply; yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**





US POSTAGE
10/19/2020
From 83634
0 lbs 15 ozs
Zone 1
Pitney Bowes
CommPrice
NO SURCHARGE
026W0004897283
8160518083

**USPS FIRST-CLASS PKG**

SBMC Mailroom User
SBM
13500 Pleasant Vly Rd
Kuna ID 83634-2709

0005

C000

US COURTS
79004
550 W FORT ST
BOISE ID 83724-0101

**USPS TRACKING #**

9400 1098 9864 1523 1134 17

Exhibit - AC - 003

Exhibit - AC - 003

Exhibit-AC-001   pg 1 of 2



Exhibit-AC-001 pg 2 of 2

USPS Tracking Number: 9400109898641523113417 ☐ Automatically Open Carrier Tracking Page Link

| Date | Time | Description | Location | Signed |
|---|---|---|---|---|
| 10/20/2020 | 04:33 | Delivered, PO Box | BOISE, ID 83707 | |
| 10/20/2020 | 04:31 | Arrived at Post Office | BOISE, ID 83708 | |
| 10/19/2020 | 23:30 | Departed USPS Regional Facility | BOISE ID DISTRIBUTION CENTER | |
| 10/19/2020 | 17:55 | Arrived at USPS Regional Facility | BOISE ID DISTRIBUTION CENTER | |
| 10/19/2020 | 16:40 | Accepted at USPS Origin Facility | KUNA, ID 83634 | |
| 10/19/2020 | 14:10 | Shipping Label Created, USPS Awaiting Item | KUNA, ID 83634 | |

Exhibit L

# ISCC LEGAL MAIL LOG

## CARR  79004

| Date Received | Date Mailed | Addressee |
|---|---|---|
| 10/16/2020 | 10/16/2020 | United States Courts<br>550 W. Fort St<br><br>Federal Civil Rights Complaint<br><br>Boise            ID |

# IDAHO DEPARTMENT OF CORRECTION
## Grievance Transmittal Form

Facility: **ISCC**  Date: **3/12/21**

To: Inmate Name: **Carr**  IDOC Number: **79004**

Institution, Housing Unit, & Cell: **D-1-5A**

From: **Irene Rayas**  ☒ Grievance Coordinator ☐ Other

The attached form is being returned without action being taken because:

☐ You did not submit the grievance within 30 days of the incident.

☐ You did not submit the appeal within 14 days of the review authority's decision.

☐ The form is not handwritten (it cannot be typed).

☐ The form is not legible.

☐ You did not include with the grievance an answered or signed *Inmate Concern Form(s)* that shows your attempts to resolve the issue informally with applicable staff.

☐ You have three (3) open/active grievances (including appeals) in the system, which is the maximum number you are allowed.

☐ You have raised more than one specific issue.

☐ The grievance does not contain a reasonable and clear description of the problem.

☐ The grievance does not describe how you tried to resolve the issue informally.

☐ The grievance does not contain specific information such as dates, places, and names.

☐ Your description of the problem is not written in or within the appropriate area on the form. (Written comments must not exceed the space designated for writing comments.)

☐ The grievance is not written in a civil, concise, or understandable language; or it is not to the point. (Grievances cannot contain vague issues/complaints, personal attacks, or harass staff members.)

☐ You did not suggest a solution.

☐ You did not sign the form.

☐ You cannot submit your appeal until the grievance decision is rendered.

☐ The issue was previously grieved under grievance number: _____

☐ The issue/complaint is not grievable as indicated in standard operating procedure 316.02.01.001, *Grievance and Informal Resolution Procedures for Inmates*, and must be addressed as follows: _____

☐ You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court or Idaho Commission of Pardons and Parole.

☐ This problem is beyond the Idaho Department of Correction's (IDOC's) control.

☒ Other (must be approved by the review or appellate authority): **Tracking information was given to you on Feb. 10th 2021 attached you will find tracking information.**

Appendix D
316.02.01.001
(Appendix last updated 6/04/18)

Jody Carr #79004
ISCC-D-1-5-A
P.O. Box 70010
Boise, Id. 83707

Exhibit 1

Dear Clerk of the Court:

On 10-9-20, I filed via U.S. Mail, my Prisoner's Civil Rights Complaint §1983; Carr v. Ada County Sheriff Stephen Bartlett, et al, plus One Motion, Some Exhibits, and a Request for Registry of Actions for Cases:
1:20-cr-00146-DCN;
1:20-cr-00300-DCN;
1:20-cr-00301-DCN;
1:20-cr-00302-DCN;
1:20-cr-00303-DCN;
1:20-cr-00313-DCN;
1:20-cr-00314-DCN; and
1:20-cr-00315-DCN.

Today is 11-4-20, and I never heard back from the Court. I am not complaining... I know how busy things are. I am just concerned. As an Inmate suing IDOC Officials partly for Stealing and/or Interfering with my Legal Property and Legal Filings — Legal Mail, I'm concerned they either stole it when I mailed it out, or stole it when you sent it to me... before I could recieve it via Legal Mail. Can you please let me know if and when you recieved these papers? Usually, it only takes 3 to 4 days before I get the Conditional Filing Order. So, the month has me worried. Please & Thank You Jody Carr #79004
11-4-20.